**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| *In re:* | : | **Chapter 11** |
|  | : |  |
| **LITTLE WASHINGTON** | : |  |
| **FABRICATORS, INC.** | : | **Bankruptcy No. 22-** |
|  | : |  |
| Debtor. | : |  |

**RESOLUTION OF LITTLE WASHINGTON FABRICATORS, INC.,**
**AUTHORIZING THE FILING OF A VOLUNTARY PETITION**
**UNDER CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE, AS AMENDED**

**WHEREAS**, Little Washington Fabricators, Inc., a Pennsylvania corporation (the "Company"), is unable to pay its debts as they mature, and it is necessary for the Company to reorganize and it is advisable to proceed under the Acts of Congress relating to bankruptcy;

**THEREFORE**, be it resolved that the Company is authorized to file a voluntary petition for reorganization under the Acts of Congress relating to bankruptcy;

**RESOLVED** that Little Washington Fabricators, Inc., is hereby authorized to execute the Petition and other documents, and to take or cause to be taken such proceedings as may be desirable or necessary to secure the Company any and all relief that it may be entitled to under title 11 of the United States Code, as amended, and that Ciardi Ciardi & Astin be employed to carry out the provisions of the resolution.

**LITTLE WASHINGTON**
**FABRICATORS, INC.**

Dated: March 22, 2022

By: Douglas L. Howe
Title: President