# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Little Washington Fabricators, Inc.**                                   Case No. _____
                                            Debtor(s)                            Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Little Washington Fabricators, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

_3/22/22_
Date

_/s/ Albert A. Ciardi III_
Albert A. Ciardi III
Signature of Attorney or Litigant
Counsel for  **Little Washington Fabricators, Inc.**
**Ciardi Ciardi & Astin**
**1905 Spruce Street**
**Philadelphia, PA 19103**
**215.557.3550 Fax:215.557.3551**
**aciardi@ciardilaw.com**