## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
|  | : CHAPTER 11 |
| LITTLE WASHINGTON FABRICATORS, INC., | : |
|  | : |
|  | : BANKRUPTCY NO. 22- |
| DEBTOR | : |

### ORDER GRANTING MOTION OF LITTLE WASHINGTON FABRICATORS, INC. TO PAY PRE-PETITION WAGES

Upon consideration of the Motion of Little Washington Fabricators, Inc. for Authority to Pay Pre-Petition Wages and Benefits to Employees; it is hereby

ORDERED, that the Debtor has the authority, but is not required, to pay pre-petition wages and benefits (including the self-funded health insurance costs) to its employees, not to exceed $13,650.00 each, as required by 11 U.S.C. § 507(a)(5); and it is further

ORDERED, in connection with such wages paid, Debtor shall remit all taxes related to same contemporaneously with the payment of such wages.

BY THE COURT:

_____
United States Bankruptcy Judge