# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: Little Washington Fabricators, Inc.
Debtor(s)

Case No.
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 03/22/2022

Douglas L. Howe, President
Signer/Title

A.E. Harth, Inc.
One Mill Race
Spring House, PA 19477


Ames Construction, Inc.
826 E. Main Street
Ephrata, PA 17522


ARC Document Solutions, LLC
1005 Convention Plaza
Saint Louis, MO 63101


ARC' N J Welding, LLC
241 Ash Road
Coatesville, PA 19320


Arthur Funk & Sons, Inc
1405 Birch Road
Lebanon, PA 17042


Atlas Building Group
914 Hemsaath Road
Suite 100A
Saint Charles, MO 63303


Aus North Lockbox
PO Box 28050
New York, NY 10087


Bauer Fastener
PO Box 180
Lancaster, PA 17608


BB Transport, LLC
43 Walkers Lane
Kinzers, PA 17535

Benchmark Construction Group, LLC
2501 Wharton Street
Philadelphia, PA 19146


Berks Ridge Company Enterprises, Inc.
316 Ruth Road
Harleysville, PA 19438


Blue Rock Construction, Inc.
1712 Hancock Lane
Burlington, NJ 08016


Boulevard Contractors Corp
10451 Mill Run Circle, Suite 1005
Owings Mills, MD 21117


Brunswick Builders, LLC
PO Box 7315
East Brunswick, NJ 08816


BSM, Inc.
841A Kutztown Road
Myerstown, PA 17067


Builders Incorporated
4 Raymond Drive
Havertown, PA 19083


C&K Welding, LLC
4015 Bahn Ave
York, PA 17408


C.E. Gleeson Constructors, Inc.
984 Livernois Road
Troy, MI 48083

Callen Construction, LLC
Greg Cain
210 E. Elmer Road
Vineland, NJ 08360


Carlson Brothers, Inc.
17250 New Lenox Road
Joliet, IL 60433-9723


CCS Building Group, LLC
598 Millwood Road
Willow Street, PA 17584


Certified Steel Co., Inc.
1333 Brunswick Pike, Suite 200
Lawrence Township, NJ 08648


Chester County Construction, LLC
165 Reeder Road
Honey Brook, PA 19344


CK Replacement Stalls
330 Millwood Road
Lancaster, PA 17603


ConstructDesign Corporation
1910 Spring Garden St., #1
Philadelphia, PA 19130


Control Associates & MFG, LLC
1452 Woodlot Road
Manheim, PA 17545


Costanza Builders, Inc.
15000 Commerce Parkway, Suite D
Mount Laurel, NJ 08054

CP Equipment, LLC
5925 Buena Vista Road
Gap, PA 17527


Curtis Welding & Fabricating, Inc.
50 Wright Avenue
Lititz, PA 17543


CVMNEXT Construction
1002 West 9th Avenue
King of Prussia, PA 19406


D'Lauro & Rodgers, Inc.
275 Commerce Drive, Suite 200
Fort Washington, PA 19034


Direct Metals Co., LLC
3775 Cobb International Blvd
Kennesaw, GA 30152


Doug Howe, President
52 Mill Street
Christiana, PA 17509


DRM Associates, Inc.
4334 Hanover Pike
Manchester, MD 21102


DS Pipe & Steel Supply, LLC
1301 Wicomico Street
PO Box 6367
Baltimore, MD 21230-6367


Eagle Erectors, Inc.
3500 Wrangle Hill Road
Bear, DE 19701

Earl King Construction
218 W. Main Street
Leola, PA 17540


East Coast Steel Fab, LLC
PO Box 2193
Reading, PA 19608


Esch Hay Equipment
3230 E. Gordon Road
Gordonville, PA 17529


Esh Hay


Eshboro Construction, LLC
3734 East Newport Road
Gordonville, PA 17529


Freedom Enterprise, Inc.
PO Box 736
1741 Valley Forge Road
Worcester, PA 19490


Gagan Lakhmna


Grace Construction Management Co.
1530 Glen Avenue, Suite 4
Manahawkin, NJ 08050


Green Tree Machine Works, LLC
1450 Valley Road
Quarryville, PA 17566

Greiner Industries, Inc.
1650 Steel Way
Mount Joy, PA 17552


H.C. Pody Company
946 Simons Avenue
Bensalem, PA 19020


Haydon Bolts, Inc.
1181 Unity Street
Philadelphia, PA 19124-3104


Hex 9 Design Architect
620 East Oregon Road
Lititz, PA 17543


High Construction Company
1853 William Penn Way
Lancaster, PA 17601


Holland Construction Corporation
751 Fredrick Street
Hanover, PA 17331


Hollenbach Construstion, Inc.
166 Holly Road
PO Box 507
Boyertown, PA 19512


Horst Road Repair, LLC
Gideon A. Fisher, Jr.
135 Horst Road
Myerstown, PA 17067-3061


I. Heller Construction Co., Inc.
205 Mill Road
Edison, NJ 08837

Irwin & Leighton, Inc.
1014 West 9th Avenue
King of Prussia, PA 19406


Jacob Swarey
Pine Lane Repair
1246 S. College Street
Myerstown, PA 17067


JR Fulmer


Kirkwood Equipment & Manufacturing, Inc.
834 Pumping Station Road
Kirkwood, PA 17536


L.R. Costanzo Company, Inc.
123 North Main Avenue
Scranton, PA 18504


Level Up Development LLC
2232 Frankford Avenue
Philadelphia, PA 19125


Line Mountain Fab, LLC
680 Hebe Bypass Road
Herndon, PA 17830


Little Washington Fab Service
150 Culbertson Run Road
Downingtown, PA 19335


Lynmar Builders
261 Harvard Avenue
Westville, NJ 08093

Document       Page 9 of 13

McNees Wallace & Nurick
PO Box 1166
Harrisburg, PA 17108-1166


McNichols Co
PO Box 101211
Atlanta, GA 30392-1211


Meizinger Construction Services, Inc.
12285 McNulty road
Philadelphia, PA 19154


Metals USA
PO Box 827110
Philadelphia, PA 19182-7110


Mill Street Real Estate LLC
PO Box 304
Wagontown, PA 19376


Narvon


Nate's Automotive
239 Maple Avenue
Bird in Hand, PA 17505


National Veteran Contractors, LLC
1A Blueridge Avenue
Dunellen, NJ 08812


New Millennium Building Systems
PO Box 532097
Atlanta, GA 30353-2097

North Star Construction Management, Inc.
645 Hamilton Street, Suite 28
Allentown, PA 18101


Parkview Builders, Inc.
234 Broadway, 3rd Floor
Brooklyn, NY 11211


Paul Risk Construction
11 West State Street
Quarryville, PA 17566


Pelco Builders, Inc.
699 West Glenrose Road
Coatesville, PA 19320


Pelet-Welding, Inc.
19 North 12th Ave
Coatesville, PA 19320


Pelican Constructions, Inc.
370 Campus Drive
Somerset, NJ 08873


Pennsylvania Construction Associates Inc
2583 Interstate Drive
Harrisburg, PA 17110


PeopleReady, Inc.
PO Box 641034
Pittsburgh, PA 15264-1034


Phoenix Construction and Management
3553 West Chester Pike, #335
Newtown Square, PA 19073

Pine Lane Repair
Jacob Swarey
1246 S. College Street
Myerstown, PA 17067


Poole Anderson Construction, LLC
2121 Old Gatesburg Road, Suite 200
State College, PA 16803


Quandel Construction Group, Inc.
2601 Market Place, Suite 200
Harrisburg, PA 17110


R&B Wagner
PO Box 423
Butler, WI 53007


Reed Street Builders, LLC
2501 Wharton Street
Philadelphia, PA 19146


Rhoads Energy Corp
PO Box 1198
Lancaster, PA 17608


Rydberg Engineering Pvt. Ltd
Mrinal Smriti Apartment
Block A Ground Floor Kalyannagar Near
Kalayannagar Vidyapith, Khardah Kolkata
700112


Sam's Mechanical Service, LLC
5736 Lincoln Highway
Gap, PA 17527


Scott A. Rouhier
2109 Lyndell Drive
Lancaster, PA 17601

SEK Construction, LLC
1361 Briertown Road
East Earl, PA 17519


Spark Fabricators, LLC
6381 White Oak road
Christiana, PA 17509


Stewart & Tate
950 Smile Way
York, PA 17404


Stoltzfus Welding & Rentals, LLC
5195 Martin Drive
Gap, PA 17527


Sweeping Hollow Carpentry, LLC
529 Bellas Hollow Road
Danville, PA 17821


T Long Construction, LLC
101 Greenwood Ave., Suite 160
Jenkintown, PA 19046


Triad Metals International
1 Village Road
Horsham, PA 19044-3800


Triple-S Steel/Intsel Steel
Intsel Steel East, Inc.
PO Box 301212
Dallas, TX 75303-1212


United Rentals
Credit Office #214
PO Box 100711
Atlanta, GA 30384-0711

```
Valmont Industries, Inc.
PO Box 101021
Atlanta, GA 30392



Vedaker Enterprises, LLC
31 Apple Blossom Drive
Lancaster, PA 17602



Waverly Custom Home
```