# Exhibit "A"

| | good | | good | | good | | good | | good | |
|---|---|---|---|---|---|---|---|---|---|---|
| COST | FOOD CENTER | COST | PARKER | COST | HAMPTON | COST | Grocery Outlet | cost | STIR FOODS | COST |
| $ 3,510.00 | INTSEL | $ 27,704.13 | INTSEL | $ 35,539.32 | INTSEL | $ 8,988.09 | INTSEL | $ 550.36 | INTSEL | $ 1,791.40 |
| $ 62,328.81 | CK Replacement Stall | $ 27,820.00 | HAYDON BOLTS | $ 1,383.62 | HAYDON BOLTS | $ 229.39 | VEDAKER | $ 1,500.00 | | |
| $ 15,684.27 | METALS | $ 34,352.12 | Eshbro-retainage | $ 41,627.50 | eshbro | $ 1,250.00 | | | | |
| $ 300.00 | DIRECT METALS | $ 122,135.50 | ds pipe & Steel | $ 4,246.31 | Anthony cook | $ 8,000.00 | | | | |
| $ 1,348.92 | CURTIS | $ 1,357.00 | | | | | | | | |
| $ 4,419.40 | Line Mountain | $ 13,477.50 | | | | | | | | |
| $ 2,295.95 | RYDBERG | $ 200.00 | | | | | | | | |
| | VALMONT | $ 19,837.32 | | | | | | | | |
| | VEDAKER | $ 1,200.00 | | | | | | | | |
| | HAYDON BOLTS | $ 5,607.57 | | | | | | | | |
| | United Rentals | $ 12,496.86 | | | | | | | | |
| | Eshbro | $ 35,698.00 | | | | | | | | |
| | certified | $ 3,084.63 | | | | | | | | |
| | Bauer | $ 443.29 | | | | | | | | |
| | ds pipe & Steel | $ 941.60 | | | | | | | | |
| | ds pipe & Steel | $ 636.00 | | | | | | | | |
| | ds pipe & Steel | $ 1,407.15 | | | | | | | | |
| | ds pipe & Steel | $ 1,808.36 | | | | | | | | |
| | Southern Galvanizing | $ 32,583.69 | | | | | | | | |
| | AW Welding | $ 1,430.00 | | | | | | | | |
| | AW Welding | $ 1,210.00 | | | | | | | | |
| | Line Mountain | $ 2,250.00 | | | | | | | | |
| | Line Mountain | $ 1,350.00 | | | | | | | | |
| $ 89,887.35 | food center total | $ 349,030.72 | parker total | $ 82,796.75 | hampton | $ 18,467.48 | grocery | $ 2,050.36 | stir food | |

| | | GOOD | | | GOOD | | | GOOD | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **21-127 Morris ave apts** | | costs | **21-131 marshalls** | | costs | **22-003 Giant BelleF** | | costs | |
| ord | line mountain | | $ 2,587.50 | RYDBERG | | $ 292.50 | RYDBERG | | $ 3,500.00 | |
| untain | HAYDON BOLTS | | $ 2,470.00 | | | $ 486.00 | | | | |
| her | | | $ 400.00 | | | | | | | |
| | morris | | $ 5,457.50 | marshalls | | $ 778.50 | giant bellf | | $ 9,000.00 | |

| | good | good | good | good | good | good | good |
|---|---|---|---|---|---|---|---|
| | SHOPRITE GLASS | Giant Doylestown | shell new ret | | Giant Richboro | Davita | |
| COSTS | COSTS | own costs | costs | costs | costs | | costs |
| STS | VEDAKER | | | | | | |
| 500.00 | $3,500.00 | United Rer $953.26 | ds pipe & S $137.80 | ds pipe & Steel kirkwood | $1,941.39 | Aw Welding | $1,088.75 |
| 594.28 | | | | ds pipe & Steel | $438.75 | Aw Welding | $921.25 |
| 314.93 | | | | chester cty con | $2,803.65 | | |
| 153.64 | | | | chester cty con | $58,870.00 | | |
| | | | | | $19,240.00 | | |
| $62.85 shoprite | $3,500.00 | giant doyl $953.26 | shell new $137.80 | giant rich | $83,293.79 | Davita | $2,010.00 |