# Exhibit "B"

| JOB NUMBER | CONTRACT NAME | A/R TO BE COLLECTED | TOTAL AMOUNT LIEN CLAIMANTS |
|---|---|---|---|
| 21-133 | Ring Container new office | $31,893.00 | $750.00 |
| 21-136 | Allan Myers | $44,000.00 | $6,562.85 |
| 21-134 | Shoprite Glassboro | $225,053.00 | $3,500.00 |
| | Giant Doylestown | | $953.26 |
| 21-060 | Shell New Retail | $26,120.75 | $137.80 |
| 21-023 | Giant Richboro | $168,945.00 | $83,293.79 |
| 21-129 | Davita | $6,420.00 | $2,010.00 |
| 21-085 | Landis Place on King Lancaster | $1,099,195.30 | $449,564.20 |
| 21-094 | SBD Façade | $176,737.00 | $89,887.35 |
| 21-002 | Food Center Jessup MD | $376,527.63 | $349,030.72 |
| 18-134 | Parker @ McCarrick | $219,441.00 | $82,796.75 |
| 21-066 | Hampton Inn Quakertown | $47,610.00 | $18,467.48 |
| 22-004 | Grocery Outlet | $24,650.00 | $2,050.36 |
| 21-999 | Stir Foods | $2680.00 | $1,791.40 |
| 21-077 | Starbucks @ NE Plaza | $4,241.75 | $1,170.00 |
| 22-008 | Lankford | $13,319.55 | $5,457.50 |
| 21-127 | Morris Ave Apts/809 Morris | $4,812.50 | $778.50 |
| 21-131 | Marshalls | $392,867.00 | $3,500.00 |
| 22-003 | Giant_Belfonte | $1,561,800.00 | $9,000.00 |