UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    :
                                                          : CHAPTER 11
LITTLE WASHINGTON FABRICATORS,                            :
INC.,                                                     : BANKRUPTCY NO. 22-10695(PMM)
            DEBTOR.                                       :
                                                          :

## ORDER

      **AND NOW**, upon consideration of the *Motion of Little Washington Fabricators, Inc. (the "Debtor") for an Order authorizing the Debtor to pay pre-petition creditors with lien rights on contracts being assumed and request for an expedited hearing thereon* ("the Motion"), and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. An expedited hearing to consider the Motion shall be held on _____, **2022** at _____, **in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601**.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant(s) shall serve the Motion and this Order on the Office of the United States Trustee and the Top Twenty Unsecured Creditors by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on or before**
Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant shall file a Certification of Service as required by Local Rule 9014-4.


**Date:** _____                                 _____
                                                   **PATRICIA M. MAYER,**
                                                   **U.S. BANKRUPTCY JUDGE**