# Exhibit "A"

| good | | good | | good | | good | | good | | good | | good | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Landis Place** | **COST** | **SB&D** | **COST** | **FOOD CENTER** | **COST** | **PARKER** | **COST** | **HAMPTON** | **COST** | **Grocery Outlet** | **cost** | **STIR FOODS** | **COST** |
| ARC N J WELDING | $ 10,147.50 | ARC N J WELDING | $ 3,510.00 | INTSEL | $ 27,704.13 | INTSEL | $ 35,539.32 | INTSEL | $ 8,988.09 | INTSEL | $ 550.36 | INTSEL | $ 1,791.40 |
| INTSEL | $ 231,439.85 | INTSEL | $ 62,328.81 | CK Replacement Stall | $ 27,820.00 | HAYDON BOLTS | $ 1,383.62 | HAYDON BOLTS | $ 229.39 | VEDAKER | $ 1,500.00 | | |
| CERTIFIED | $ 14,005.70 | METALS | $ 15,684.27 | METALS | $ 34,352.12 | Eshbro-retainage | $ 41,627.50 | eshbro | $ 1,250.00 | | | | |
| METALS | $ 72,318.94 | RYDBERG | $ 300.00 | DIRECT METALS | $ 122,135.50 | ds pipe & Steel | $ 4,246.31 | Anthony cook | $ 8,000.00 | | | | |
| Line Mountain | $ 1,192.50 | VALMONT | $ 1,348.92 | CURTIS | $ 1,357.00 | | | | | | | | |
| HAYDON BOLTS | $ 7,028.48 | UNITED RENTALS | $ 4,419.40 | Line Mountain | $ 13,477.50 | | | | | | | | |
| eshbro | $ 1,425.00 | Certified Steel | $ 2,295.95 | RYDBERG | $ 200.00 | | | | | | | | |
| DRM | $ 1,737.50 | | | VALMONT | $ 19,837.32 | | | | | | | | |
| ds pipe & Steel | $ 1,208.40 | | | VEDAKER | $ 1,200.00 | | | | | | | | |
| ds pipe & Steel | $ 692.60 | | | HAYDON BOLTS | $ 5,607.57 | | | | | | | | |
| ds pipe & Steel | $ 865.76 | | | United Rentals | $ 12,496.86 | | | | | | | | |
| ARC N J WELDING | $ 27,622.50 | | | Eshbro | $ 35,698.00 | | | | | | | | |
| intsel | $ 404.47 | | | certified | $ 3,084.63 | | | | | | | | |
| eshbro(tobe billed) | $ 79,475.00 | | | Bauer | $ 443.29 | | | | | | | | |
| | | | | ds pipe & Steel | $ 941.60 | | | | | | | | |
| | | | | ds pipe & Steel | $ 636.00 | | | | | | | | |
| | | | | ds pipe & Steel | $ 1,407.15 | | | | | | | | |
| | | | | ds pipe & Steel | $ 1,808.36 | | | | | | | | |
| | | | | Southern Galvanizing | $ 32,583.69 | | | | | | | | |
| | | | | AW Welding | $ 1,430.00 | | | | | | | | |
| | | | | AW Welding | $ 1,210.00 | | | | | | | | |
| | | | | Line Mountain | $ 2,250.00 | | | | | | | | |
| | | | | Line Mountain | $ 1,350.00 | | | | | | | | |
| landis total | $ 449,564.20 | sb&d total | $ 89,887.35 | food center total | $ 349,030.72 | parker total | $ 82,796.75 | hampton | $ 18,467.48 | grocery | $ 2,050.36 | stir food | $ 1,791.40 |

| GOOD | | GOOD | | GOOD | | GOOD | | GOOD | |
|---|---|---|---|---|---|---|---|---|---|
| starbucks | costs | Lankford | costs | 21-127 Morris ave apts | costs | 21-131 marshalls | costs | 22-003 Giant BelleF | costs |
| Line Mountan | $ 270.00 | line Mountain | $ 2,587.50 | line mountain | $ 292.50 | RYDBERG | $ 3,500.00 | RYDBERG | $ 9,000.00 |
| eshbro | $ 900.00 | Scott Roher | $ 2,470.00 | HAYDON BOLTS | $ 486.00 | | | | |
| | | rydberg | $ 400.00 | | | | | | |
| starbucks | $ 1,170.00 | lankford | $ 5,457.50 | morris | $ 778.50 | marshalls | $ 3,500.00 | giant bellf | $ 9,000.00 |

| good | | good | | good | | good | | good | | good | | good | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RING CONTAI NER | COSTS | ALLEN MYERS | COSTS | SHOPRIT E GLASS | COSTS | Giant Doylest own | costs | shell new ret | costs | Giant Richboro | costs | Davita | costs |
| VEDAKER | $ 750.00 | VEDAKER | $ 4,500.00 | VEDAKER | $ 3,500.00 | United Rer | $ 953.26 | ds pipe & S | $ 137.80 | ds pipe & Steel | $ 1,941.39 | Aw Welding | $ 1,088.75 |
| | | ds pipe & S | $ 594.28 | | | | | | | kirkwood | $ 438.75 | Aw Welding | $ 921.25 |
| | | ds pipe & S | $ 314.93 | | | | | | | ds pipe & Steel | $ 2,803.65 | | |
| | | ds pipe & S | $ 1,153.64 | | | | | | | chester cty con | $ 58,870.00 | | |
| | | | | | | | | | | chester cty con | $ 19,240.00 | | |
| ring | $ 750.00 | allenmyer | $ 6,562.85 | shoprite | $ 3,500.00 | giant doyl | $ 953.26 | shell new | $ 137.80 | giant rich | $ 83,293.79 | Davita | $ 2,010.00 |