# Exhibit "C"

Checks outstanding as of 03/22/2022

| Number | Date | Description of Transaction | Debit (-) |
|---|---|---|---|
| 3766 | 2/12/22 | Fisher Paints - they are requesting we send them a new check since this one was not received | $5,421.90 |
| 3812 | 3/3/22 | Twin Brook Construction | $995.97 |
| 3826 | 3/8/22 | Lapp Steel | $3,250.00 |
| 3843 | 3/8/22 | Weinstock Bros Inc. | $1,424.30 |
| 3844 | 3/8/22 | Zimmerman Steel | $9,768.96 |
| 3857 | 3/9/22 | GT Mobile Hydraulics | $55.04 |
| 3859 | 3/14/22 | Shank Door | $164.10 |
| 3860 | 3/14/22 | Triangle Refrigeration | $241.50 |
| 3861 | 3/14/22 | Andrew's Auto LLC | $376.52 |
| 3862 | 3/14/22 | Anthony Cooke | $7,620.00 |
| 3863 | 3/14/22 | Crane Rentals | $1,119.35 |
| 3864 | 3/14/22 | Wurth Construction Services | $118.71 |
| 3865 | 3/14/22 | Weber Steel Service & Associates | $5,596.56 |
| 3866 | 3/14/22 | Scenic View Welding | $1,700.08 |
| 3867 | 3/14/22 | Pelet-Welding, Inc. | $3,010.40 |
| 3868 | 3/14/22 | Gap Repair & Steel LLc | $209.82 |
| 3871 | 3/14/22 | Landis Technologies | $507.40 |
| 3872 | 3/14/22 | Ocasio Welding & Fabrication, LLC. | $2,375.00 |
| 3873 | 3/14/22 | BB Electronics | $76.32 |
| 3874 | 3/14/22 | CIC Pittsburg | $177.56 |
| 3878 | 3/14/22 | Lantz Transport, LLC | $850.00 |
| 3879 | 3/14/22 | Pine Hill Trailer Sales | $123.99 |
| 3888 | 3/15/22 | Pennsylvania Tool Sales & Service | $431.20 |
| 3883 | 3/16/22 | Lester R Summers Inc. | $4,200.00 |
| 3885 | 3/18/22 | Ocasio Welding & Fabrication, LLC. | $6,625.00 |
| 3891 | 3/18/22 | AW Welding & Fabricating LLC | $4,780.00 |
| 3919 | 3/18/22 | Hatt's Industrial Supplies, INC | $1,891.55 |
| 3892 | 3/19/22 | Esh Hardware | $895.66 |
| 3893 | 3/19/22 | Dutch-Way Hardware | $793.97 |
| 3894 | 3/19/22 | Fisher Welder Repair | $1,188.78 |
| 3896 | 3/19/22 | The Blue Book | $2,057.70 |

| | | | |
|---|---|---|---:|
| 3897 | 3/19/22 | Doyle Structural Solutions LLC | $1,788.48 |
| 3898 | 3/19/22 | Eagle Engineering | $6,815.00 |
| 3899 | 3/19/22 | Fisher Paints | $9,668.73 |
| 3900 | 3/19/22 | Gap Power | $2,800.74 |
| 3901 | 3/19/22 | Hilti Inc. | $2,932.30 |
| 3903 | 3/19/22 | Scenic View Welding | $469.22 |
| 3904 | 3/19/22 | Seminole Transport LLC | $7,577.50 |
| 3905 | 3/19/22 | Wurth Construction Services | $9,056.89 |
| 3920 | 3/19/22 | PA Industrial Equipment | $813.69 |
| 3909 | 3/21/22 | Lisa Kennedy-Drives for our Amish labor | $911.00 |
| 3911 | 3/21/22 | Green Tree Hardware | $159.51 |
| 3912 | 3/21/22 | AW Welding & Fabricating LLC | $5,370.00 |
| 3913 | 3/21/22 | Keen Compressed Gas Co. | $8,902.21 |
| 3914 | 3/21/22 | Weber Steel Service & Associates | $2,803.62 |
| 3915 | 3/21/22 | Atlantic Stud Welding, Inc. | $72.32 |
| 3916 | 3/21/22 | PA Industrial Equipment | $295.18 |
| 3917 | 3/21/22 | Hatt's Industrial Supplies, INC | $78.97 |
| auto withdrawl | 3/21/22 | Athem Propane - Superior | $3,908.62 |
| | | | $132,471.32 |