UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>LITTLE WASHINGTON FABRICATORS, INC.,<br><br>DEBTOR | : CHAPTER 11<br>:<br>:<br>:<br>: BANKRUPTCY NO. 22-10695(PMM)<br>:<br>: |
|---|---|

### *AMENDED* ORDER GRANTING MOTION OF LITTLE WASHINGTON FABRICATORS, INC. TO PAY PRE-PETITION CREDITORS WITH LIEN RIGHTS ON CONTRACTS WHICH THE DEBTOR INTENDS TO ASSUME

Upon consideration of the *Amended* Motion of Little Washington Fabricators, Inc. for Authority to Pay Pre-Petition Creditors With Lien Rights on Contracts which the Debtor intends to Assume; it is hereby

ORDERED, the Debtor is authorized, but not required, to continue to pay its subcontractors and suppliers on current projects pursuant to its existing joint check and direct payment agreements with third party owners and/or general contractors on a post-petition basis on contracts which the Debtor intends to assume in the ordinary course of business in the amounts listed on Exhibit "A;" it is further

ORDERED, that the Debtor is authorized to pay all lien creditors listed on Exhibit "C" who were previously paid in the ordinary course of business, but the checks did not clear prior to the bankruptcy filing.

BY THE COURT:

_____
Patricia M. Mayer
United States Bankruptcy Judge