## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **LITTLE WASHINGTON** | : | |
| **FABRICATORS, INC.,** | : | **No. 22- 10695 (PMM)** |
| | : | |
| Debtor. | : | |

### NOTICE OF DEBTOR'S APPLICATION TO EMPLOY
### McNEES WALLACE & NURICK LLC AS SPECIAL COUNSEL *NUNC PRO TUNC* TO
### THE PETITION DATE PURSUANT TO 11 U.S.C. § 327(e) AND
### FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014

TO:   THE UNITED STATES TRUSTEE, RULE 2002 PARTIES, ALL CREDITORS AND PARTIES IN INTEREST, NOTICE IS GIVEN THAT:

1. On March 22, 2022, Little Washington Fabricators, Inc., a Pennsylvania Corporation (the "Debtor") filed a Voluntary Petition for relief under Chapter 11 of Title 11 of the United States Code, as amended.

2. The Debtor has filed an application to employ McNees Wallace & Nurick LLC as special counsel with the with the United States Bankruptcy Court for the Eastern District of Pennsylvania, 201 Penn Street, Reading, PA  19601, where it is available for inspection during normal business hours.

3. The services to be provided to the Debtor by McNees Wallace & Nurick LLC are fully outlined in the Declaration of Joshua D. Cohen, Esquire which is attached to the Application, and IS incorporated herein by reference.

5. Any creditor or party in interest or the U.S. Trustee may file an answer, objection, or other responsive pleading to this Application with the Clerk's Office, United States Bankruptcy Court for the Eastern District of Pennsylvania, The Gateway Building, 201 Penn Street, Reading, PA

19601, and serve a copy upon counsel for the Debtor whose name and address appear below within eight (8) calendar days of the date of this Notice. Any creditor, party in interest or the U.S. Trustee may request a hearing in writing stating the reason why a hearing is necessary.

6. In the absence of any answer, objection or responsive pleading the Court may enter an Order approving the Application to Employ McNees Wallace & Nurick LLC as special counsel to the Debtor.

**CIARDI CIARDI & ASTIN**

Dated: April 4, 2022     By:     */s/Nicole M. Nigrelli*
Albert A. Ciardi, III, Esquire
Nicole M. Nigrelli, Esquire
1905 Spruce Street
Philadelphia, PA 19103
(215) 557-3550
(215) 557-3551 fax
aciardi@ciardilaw.com
nnigrelli@ciardilaw.com

*Proposed Counsel to Debtor*