## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re:* | Chapter 11 |
| LITTLE WASHINGTON FABRICATORS, INC., | No. 22- 10695 (PMM) |
| Debtor. | |

## O R D E R

**AND NOW**, this ____ day of _____, 2022 upon consideration of the Application of the Debtor to Employ McNees Wallace & Nurick LLC as Special Counsel *Nunc Pro Tunc* to the Petition Date, it is ORDERED and DECREED that Debtor's Application to Employ McNees Wallace & Nurick LLC as Special Counsel *nunc pro tunc* to the Petition Date is APPROVED; and it is further

ORDERED and DECREED that Debtor may employ McNees Wallace & Nurick LLC as special counsel in business and employment matters and in various civil proceedings to advise it upon all matters which may arise, or which may be incident to this proceeding, said firm to be paid at such compensation as the Court shall allow, pursuant to a proper Application in accordance with Sections 330 and 331 of the Bankruptcy Code as well as In re Busy Beaver Building Centers, Inc., 19 F.3d 833 (3rd Cir. 1994); and it is further

ORDERED and DECREED that, by agreement of McNees Wallace & Nurick LLC, the $22,740.99 owed to McNees Wallace & Nurick LLC in pre-petition fees, which is not waived by McNees Wallace & Nurick LLC, will only be paid by the Debtor through a confirmed Plan of Reorganization or other distribution to all similarly situated creditors (or by a guarantor or other obligor of such fees outside of the bankruptcy case).

BY THE COURT:

_____
HON. PATRICIA M. MEYER
U.S. BANKRUPTCY JUDGE