**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Little Washington Fabricators, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | 22-10695 |

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1: Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

**Current value of debtor's interest**

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First Resource Bank | checking | 1869 | $191,535.43 |

4. Other cash equivalents *(Identify all)*

| | | |
|---|---|---|
| 4.1. | scrap metals - 50 ton | $16,000.00 |

5. **Total of Part 1.** $207,535.43
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | First and last security deposit for real property lease at 52 Mill Street, Christiana, PA 17509 | $18,588.00 |

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Description, including name of holder of prepayment

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 1
Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Little Washington Fabricators, Inc. | Case number (If known) | 22-10695 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 8.1. | Prepaid all business insurance with Hartford Financial Services & Selective Insurance through August, 2022 | | $90,304.00 |

| 9. | **Total of Part 2.** | | $108,892.00 |
|---|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | | |

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11. Accounts receivable**

| 11a. 90 days old or less: | 2,068,647.67 | - | 0.00 | = | $2,068,647.67 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $2,068,647.67 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | |

### Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress miscellaneous -- beams, columns and railings | | $0.00 | | $14,000.00 |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies . | | $0.00 | | $85,000.00 |

| 23. | **Total of Part 5.** | | $99,000.00 |
|---|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | | |

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

| Debtor | Little Washington Fabricators, Inc. | Case number (If known) 22-10695 |
|---|---|---|
| | Name | |

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
   ☐ No
   ■ Yes. Book value    0.00   Valuation method _____   Current Value   15,000.00

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
   ■ No
   ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>miscellaneous office furniture such as desks, chairs, filing cabinets etc. part of lease | $0.00 | | $0.00 |
| 40. | Office fixtures<br>none | $0.00 | | $0.00 |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>15 laptops<br>1 network server<br>phone system<br>platwave wide format printer<br>computer equipment and printers<br>several small printers | $0.00 | | $20,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. Total of Part 7.   $20,000.00
   Add lines 39 through 42. Copy the total to line 86.

44. Is a depreciation schedule available for any of the property listed in Part 7?
   ■ No
   ☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
   ■ No
   ☐ Yes

| Debtor | Little Washington Fabricators, Inc. | Case number (if known) | 22-10695 |
|---|---|---|---|
| | Name | | |

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. | 2013 Chevrolet Silverado K3500 | $0.00 | | $28,000.00 |
| 47.2. | 2014 Chevrolet Silverado K3500 | $0.00 | | $16,000.00 |
| 47.3. | 2015 Chevrolet Silverado K3500 | $0.00 | | $32,000.00 |
| 47.4. | 2008 Chevrolet Suburban C1500 | $0.00 | | $10,500.00 |
| 47.5. | 2015 Chevrolet Silverado K3500 | $0.00 | | $32,000.00 |
| 47.6. | 2-13 International Pro Truck | $0.00 | | $20,000.00 |
| 47.7. | 2013 Pequea Truck | $0.00 | | $3,500.00 |
| 47.8. | 1997 Fruehauf Trailer | $0.00 | | $3,500.00 |
| 47.9. | 2004 Belmont Trailer | $0.00 | | $3,500.00 |
| 47.10. | 2015 Pequea Trailer | $0.00 | | $3,500.00 |
| 47.11. | 2010 Cross Trailer | $0.00 | | $1,500.00 |
| 47.12. | 1999 Ravens Trailer | $0.00 | | $3,500.00 |
| 47.13. | 2006 Fontaine Trailer | $0.00 | | $5,000.00 |
| 47.14. | 2018 Chevrolet Silverado C3500 | $0.00 | | $45,000.00 |
| 47.15. | 2005 GMC Sierra C2500/K2 | $0.00 | | $8,500.00 |
| 47.16. | 2018 Pequea Trailer | $0.00 | | $2,500.00 |

| Debtor | Little Washington Fabricators, Inc. | | Case number (if known) 22-10695 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.17 | 2006 Fontaine 48-80 Stretch Flatbed | $0.00 | $5,000.00 |
| 47.18 | 2006 GMC 5500 with Flatbed & Powerlift | $0.00 | $7,500.00 |
| 47.19 | 2006 Combi lift | $0.00 | $20,000.00 |
| 47.20 | 2006 Scissor lift | $0.00 | $7,500.00 |
| 47.21 | 2007 Scissor lift | $0.00 | $7,500.00 |
| 47.22 | 2008 Combi lift | $0.00 | $20,000.00 |
| 47.23 | 2009 Fork lift | $0.00 | $5,000.00 |
| 47.24 | 2011 fork lift | $0.00 | $5,000.00 |
| 47.25 | 2015 fork lift | $0.00 | $12,000.00 |
| 47.26 | Komatsu forklift | $0.00 | $5,000.00 |
| 47.27 | Sumner Lift | $0.00 | $3,200.00 |
| 47.28 | New Holland XL665 skid steer | $0.00 | $12,500.00 |
| 47.29 | Double-wide mobile officer trailer | $0.00 | $6,500.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1. | none | $0.00 | $0.00 |

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | Welding equipment - see attached list | $0.00 | $309,095.00 |

| Debtor | Little Washington Fabricators, Inc. | Case number (If known) 22-10695 |
|---|---|---|
| | Name | |

**51.** **Total of Part 8.** $644,295.00
Add lines 47 through 50. Copy the total to line 87.

**52.** Is a depreciation schedule available for any of the property listed in Part 8?
■ No
☐ Yes

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?
■ No
☐ Yes

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 52 Mill Street,<br>Christiana, PA 17509 | Real Property Lease | $0.00 | | $0.00 |

**56.** **Total of Part 9.** $0.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57.** Is a depreciation schedule available for any of the property listed in Part 9?
■ No
☐ Yes

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?
■ No
☐ Yes

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| Debtor | Little Washington Fabricators, Inc. | Case number (If known) 22-10695 |
|---|---|---|
| | Name | |

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | **Tax Refund**          Tax year 2021 | $23,495.86 |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>Little Washington Fabricators, Inc., v J. Blanco Associates, Inc., and Victor M. Ramos<br>United States District Court District of New Jersey<br>Civil Action No. 19-19982 | $142,613.46 |
| | Nature of claim            **Civil Action** | |
| | Amount requested                    $0.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>L.R. Costanzo Company, Inc. (counterclaim for breach of contract, interest, penalties and attorneys fees under PA Prompt Payment Act) | $89,987.45 |
| | Nature of claim            **Breach of Contract** | |
| | Amount requested                    $0.00 | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $256,096.77 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

| Debtor | Little Washington Fabricators, Inc. | Case number *(If known)* | 22-10695 |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $207,535.43 | |
| 81. | Deposits and prepayments. *Copy line 9, Part 2.* | $108,892.00 | |
| 82. | Accounts receivable. *Copy line 12, Part 3.* | $2,068,647.67 | |
| 83. | Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. | Inventory. *Copy line 23, Part 5.* | $99,000.00 | |
| 85. | Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. | Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $20,000.00 | |
| 87. | Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $644,295.00 | |
| 88. | Real property. *Copy line 56, Part 9.* ................> | | $0.00 |
| 89. | Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. | All other assets. *Copy line 78, Part 11.* | + $256,096.77 | |
| 91. | Total. Add lines 80 through 90 for each column | $3,404,466.87 | + 91b. $0.00 |
| 92. | Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $3,404,466.87 |

# LITTLE WASHINGTON FABRICATORS, INC.
# 21-10695

# SCHEDULE A/B QUESTIONNAIRE #11

# LWF Invoice Data

3/31/2022          All Invoices

**Customer**

| Ames Construction | Atlas Building Group | Berks Ridge | Blue Rock Constructi... |
|---|---|---|---|
| Boulevard Contractors | Brunswick Builders | Builders Inc | Carlson Construction |

| Number | Date | Customer | Job # | Job Name | Retainage? | Litigation? | Collection Issue? | Task Owner | Amount | Days Outstanding | 0-30 Days | 31-45 Days | 46-60 Days | 61-90 Days | >90 Days | Column1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8858 | 3/16/2022 | Ames Construction | 22-003 | Giant Bellefonte | | | | | $11,385.00 | 19 | $11,385.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8844 | 3/16/2022 | HC Pody | 21-068 | 1201 Spring Garden St Apts | | | | | $14,040.00 | 19 | $14,040.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8853 | 3/16/2022 | Pelco | 21-064 | 814 N 2nd Street | | | | | $3,960.00 | 19 | $3,960.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8847 | 3/16/2022 | Irwin & Leighton | 18-134 | Parker @ McCarrick Phase 2 | | | | | $2,250.00 | 19 | $2,250.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8854 | 3/16/2022 | North Star | 21-079 | 601 Lancaster Project | | | | | $3,540.33 | 19 | $3,540.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8842 | 3/16/2022 | Lynmar Builders | 21-023 | Giant Richboro | | | | | $27,085.50 | 19 | $27,085.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8850 | 3/16/2022 | Earl King Construction | 21-066 | Hampton Inn Quakerown | | | | | $1,980.00 | 19 | $1,980.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8841 | 3/16/2022 | HC Pody | 21-065 | The Commodore Easton NJ | | | | | $262,867.50 | 19 | $262,867.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8849 | 3/16/2022 | Holland Construction | 21-094 | SBD Facade | | | | | $17,200.62 | 19 | $17,200.62 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8848 | 3/16/2022 | Harth Builders | 21-136 | Allan Myers Steel Stairs | | | | | $19,687.50 | 19 | $19,687.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8857 | 3/16/2022 | Lynmar Builders | 22-006 | Shoprite of Delran Shops | | | | | $1,080.00 | 19 | $1,080.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8856 | 3/16/2022 | Chesapeake Contracting | 22-007 | Subaru Owings Mills | | | | | $1,350.00 | 19 | $1,350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8855 | 3/16/2022 | Ames Construction | 22-004 | Grocery Outlet Hagerstown | | | | | $1,980.00 | 19 | $1,980.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8859 | 3/16/2022 | Ames Construction | 21-131 | Marshalls Home Goods | | | | | $3,600.00 | 19 | $3,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8839 | 3/16/2022 | TJ Long | 21-129 | Oregan Ave | | | | | $4,021.48 | 19 | $4,021.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8851 | 3/16/2022 | Berks Ridge | 21-036 | Luxor Lansdale | | | | | $26,325.00 | 19 | $26,325.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8852 | 3/16/2022 | Berks Ridge | 21-036 | Luxor Lansdale | R | | | | $118,430.00 | 19 | $118,430.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 3/16/2022 | Berks Ridge | 21-135 | Arbour Square | | | | | $20,385.00 | 19 | $20,385.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8846 | 3/16/2022 | Stewart Tate | 21-002 | Food Center Jessup MD | | | | | $77,467.10 | 19 | $77,467.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 88454 | 3/16/2022 | Stewart Tate | 21-028 | Project Freebird | | | | | $25,623.45 | 19 | $25,623.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8840 | 3/16/2022 | High Construction | 21-085 | Landis Place on King | | | | | $125,223.07 | 19 | $125,223.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8860 | 3/21/2022 | Ames Construction | 20-126 | George's Market Dresher | R | | | | $9,968.50 | 14 | $9,968.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | Invoice Qty | | | | | | | | $779,450.05 | | $779,450.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# LWF Invoice Data

**3/31/2022**  All Invoices

## Customer

| Ayres Construction | Mac Building Group | Berks Ridge | Blue Rock Construction |
|---|---|---|---|
| Boulevard Contractors | Brunswick Builders | Builders Inc | CorHson Construction |

| Number | Date | Customer | Job # | Job Name | Retainage? | Litigation? | Collection Issue? | Amount | Task Owner | Days Outstanding | 0-30 Days | 31-35 Days | 36-60 Days | 61-90 Days | 91+ Days | Column 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8751 | 1/19/2022 | Irwin & Leighton | 18-134 | Parker @ McCarrick Phase 2 | | | | $32,911.00 | Bob | 75 | $0.00 | $32,911.00 | $0.00 | $32,911.00 | $0.00 | |
| 8799 | 2/16/2022 | Boulevard Contractors | 21-091 | Mace Medical | | | | $5,377.50 | | 47 | $0.00 | $0.00 | $5,377.50 | $0.00 | $0.00 | |
| 8800 | 2/16/2022 | Lynmar Builders | 21-023 | Giant Richboro | | | | $11,475.00 | | 47 | $0.00 | $0.00 | $11,475.00 | $0.00 | $0.00 | |
| 8798 | 2/16/2022 | Irwin & Leighton | 21-034 | Amazon Jessup | | | | $4,040.00 | Dave | 47 | $0.00 | $0.00 | $4,040.00 | $0.00 | $0.00 | Jnt check agreement complete. Await paymt. |
| 8810 | 2/23/2022 | TJ Long | 21-060 | Shell New Retail | | | | $5,985.01 | | 40 | $0.00 | $5,985.01 | $0.00 | $0.00 | $0.00 | 2/24: Job finally invoiced per PM request. |
| 8811 | 2/23/2022 | TJ Long | 21-060 | Shell New Retail | R | | | $14,010.00 | | 40 | $0.00 | $14,010.00 | $0.00 | $0.00 | $0.00 | 2/24: Job finally invoiced per PM request. |
| 8802 | 2/23/2022 | Earl King Construction | 21-066 | Hampton Inn Quakertown | | | | $26,067.60 | Bob | 40 | $0.00 | $26,067.60 | $0.00 | $0.00 | $0.00 | |
| 8838 | 2/23/2022 | Irwin & Leighton | 21-097 | Lidl KOP | | | | $12,506.80 | | 40 | $0.00 | $12,506.80 | $0.00 | $0.00 | $0.00 | We need final waiver from our erector and she hasn't been paid in full. |
| 8813 | 2/23/2022 | Stewart Tate | 21-002 | Food Center Jessup MD | | | | $154,611.67 | | 40 | $0.00 | $154,611.67 | $0.00 | $0.00 | $0.00 | |
| 8809 | 2/23/2022 | HC Pody | 21-065 | The Commodore Easton NJ | | | | $32,400.00 | | 40 | $0.00 | $32,400.00 | $0.00 | $0.00 | $0.00 | |
| 8815 | 2/23/2022 | Holland Construction | 21-133 | Ring Container New Office | | | | $19,045.80 | | 40 | $0.00 | $19,045.80 | $0.00 | $0.00 | $0.00 | |
| 8814 | 2/23/2022 | Harth Builders | 21-136 | Allan Myers Steel Stairs | | | | $7,875.00 | | 40 | $0.00 | $7,875.00 | $0.00 | $0.00 | $0.00 | |
| 8807 | 2/23/2022 | Waverly Custom Homes | 21-127 | 809 Morris | | | | $2,362.50 | | 40 | $0.00 | $2,362.50 | $0.00 | $0.00 | $0.00 | |
| 8806 | 2/23/2022 | TJ Long | 21-129 | Oregan Ave | | | | $2,680.98 | | 40 | $0.00 | $2,680.98 | $0.00 | $0.00 | $0.00 | |
| 8803 | 2/23/2022 | Berks Ridge | 21-036 | Luxor Lansdale | | | | $35,100.00 | | 40 | $0.00 | $35,100.00 | $0.00 | $0.00 | $0.00 | |
| 8804 | 2/23/2022 | Builders Inc | 21-022 | CVS Cherry Hill NJ | R | | | $28,745.10 | | 40 | $0.00 | $28,745.10 | $0.00 | $0.00 | $0.00 | |
| 8805 | 2/23/2022 | Builders Inc | 21-022 | CVS Cherry Hill NJ | | | | $3,060.00 | | 40 | $0.00 | $3,060.00 | $0.00 | $0.00 | $0.00 | |
| 8822 | 2/23/2022 | Stewart Tate | 21-028 | Project Freebird | | | | $147,583.17 | | 40 | $0.00 | $147,583.17 | $0.00 | $0.00 | $0.00 | |
| 8801 | 2/23/2022 | Holland Construction | 21-094 | SBD Façade | | | | $31,034.16 | | 40 | $0.00 | $31,034.16 | $0.00 | $0.00 | $0.00 | |
| 8824 | 2/25/2022 | High Construction | 21-042 | Ellis Preserve Ph 2 | | | | $21,373.60 | | 38 | $0.00 | $21,373.60 | $0.00 | $0.00 | $0.00 | |
| 8832 | 2/28/2022 | High Construction | 21-085 | Landis Place on King | | | | $240,669.22 | | 35 | $0.00 | $240,669.22 | $0.00 | $0.00 | $0.00 | |
| 21 | Invoice Qty | | | | | | | $838,914.11 | | | $0.00 | $818,021.61 | $20,892.50 | $32,911.00 | $0.00 | |

# LWF Invoice Data

3/31/2022                All Invoices

| Customer | | |
|---|---|---|
| Ames Construction | Atlas Building Group | Blue Rock Construction |
| Boulevard Contractors | Brunswick Builders | Carlson Construction |

| Number | Date | Customer | Job # | Job Name | Retainage? | Litigation? | Collection Issue? | Amount | Task Owner | Days Outstanding | 0-30 Days | 31-45 Days | 46-60 Days | 61-90 Days | 90 Days | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8796 | 2/4/2022 | Stewart Tate | 21-107 | Turkey Hill Car Wash | | | | $37,125.00 | Bob | 59 | $0.00 | $0.00 | $37,125.00 | $0.00 | $0.00 | 2/4: CO amt agreed to. 2/7: waiver sent. |
| 8793 | 2/4/2022 | Reed Street | 21-080 | Scrub Daddy | R | | | $8,136.80 | Bob | 59 | $0.00 | $0.00 | $8,136.80 | $0.00 | $0.00 | 2/18: final CO amt was agreed to. Await Pete answer 3/11. |
| 2 | Invoice Qty | | | | | | | $45,261.80 | | | $0.00 | $0.00 | $45,261.80 | $0.00 | $0.00 | |

# LWF Invoice Data

3/31/2022     All Invoices

Customer

| Ames Construction | Atlas Building Group | Berks Ridge | Blue Rock Construction |
|---|---|---|---|
| Boulevard Contractors | Brunswick Builders | Builders Inc | Cathcart Construction |

| Number | Date | Customer | Job # | Job Name | Retainage? | Litigation? | Collection Issue? | Amount | Task Owner | Days Outstanding | 0-30 Days | 31-45 Days | 46-60 Days | 61-90 Days | >90 Days | Column1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8729 | 1/12/2022 | High Construction | 21-042 | Ellis Preserve Ph 2 | R | | | $1,364.46 | Bob | 82 | $0.00 | $0.00 | $0.00 | $1,364.46 | $0.00 | |
| 8751 | 1/19/2022 | Irwin & Leighton | 18-134 | Parker @ McCarrick Phase 2 | | | | $32,911.00 | Bob | 75 | $0.00 | $32,911.00 | $0.00 | $32,911.00 | $0.00 | |
| 8766 | 1/21/2022 | Irwin & Leighton | 21-011 | 234 ERCI | R | | | $19,483.90 | Bob | 73 | $0.00 | $0.00 | $0.00 | $19,483.90 | $0.00 | |
| 8746 | 1/19/2022 | HC Pody | 21-065 | The Commodore Easton NJ | | | | $32,400.00 | Bob | 75 | $0.00 | $0.00 | $0.00 | $32,400.00 | $0.00 | |
| 8744 | 1/19/2022 | Ames Construction | 21-105 | Cross Keys | R | | | $1,790.00 | Bob | 75 | $0.00 | $0.00 | $0.00 | $1,790.00 | $0.00 | |
| 8770 | 1/19/2022 | Irwin & Leighton | 21-034 | Amazon Jessup | | | | $40,412.50 | Dave | 75 | $0.00 | $0.00 | $0.00 | $40,412.50 | $0.00 | Need to set up int chk agreement to get paid |
| 8771 | 1/19/2022 | Irwin & Leighton | 21-034 | Amazon Jessup | R | | | $86,778.80 | Dave | 75 | $0.00 | $0.00 | $0.00 | $86,778.80 | $0.00 | Need to set up int chk agreement to get paid |
| 8730 | 1/19/2022 | CVM Next Construction | 21-118 | UPS Stratham | R | | | $2,596.00 | Bob | 75 | $0.00 | $0.00 | $0.00 | $2,596.00 | $0.00 | |
| 8738 | 1/19/2022 | Builders Inc | 21-022 | CVS Cherry Hill NJ | | | | $6,876.00 | Bob | 75 | $0.00 | $0.00 | $0.00 | $6,876.00 | $0.00 | end of March pymt. |
| 8763 | 1/21/2022 | Pelican | 21-069 | Odin Pharma Somerset NJ | R | | | $26,906.85 | Howie | 73 | $0.00 | $0.00 | $0.00 | $26,906.85 | $0.00 | Howie needs to coordinate with Odin PM on needs to finish up |
| 8760 | 1/21/2022 | Pelican | 21-069 | Odin Pharma Somerset NJ | | | | $64,323.43 | Howie | 73 | $0.00 | $0.00 | $0.00 | $64,323.43 | $0.00 | Howie needs to coordinate with Odin PM on needs to finish up |
| 8762 | 1/21/2022 | Holland Construction | 21-094 | SBO Façade | | | | $84,989.97 | Bob | 73 | $0.00 | $0.00 | $0.00 | $84,989.97 | $0.00 | Owner pymnts month behind |
| 8789 | 1/26/2022 | Costanza Builders | 21-052 | Glen Oaks | R | | | $4,188.80 | Bob | 68 | $0.00 | $0.00 | $0.00 | $4,188.80 | $0.00 | Retainage not submitted yet |
| 13 | Invoice Qty | | | | | | | $405,021.71 | | | $0.00 | $32,911.00 | $0.00 | $405,021.71 | $0.00 | |

# LITTLE WASHINGTON FABRICATORS, INC.

# 21-10695

## SCHEDULE A/B QUESTIONNAIRE #50

Equipment list

| Item | Value |
|---|---:|
| 14' Quickcut | 993.20 |
| 60' avenger drilling machine | 85,000.00 |
| Angle Processor | 25,000.00 |
| Band Saw | 3,500.00 |
| Bobcat field welder | 3,445.00 |
| Bobcat field welder 2 | 3,922.00 |
| cutter & controller | 2,544.25 |
| delta welder 452 | 3,632.62 |
| delta welder 452 SNMG130068C | 3,548.54 |
| EB2000ITIA 2000WGenerator | 1,164.94 |
| Field Welder | 3,883.37 |
| GEKA 110/A Hydraulic Ironworker | 8,000.00 |
| Hilti DX 462 HM | 3,402.60 |
| HYdmech Manual Pivot Style Band | 5,000.00 |
| HYP Powermax 65 | 2,510.77 |
| IMCAR Plate Bending Roll Machin | 7,500.00 |
| Infra Heater | 1,959.94 |
| Ironworker 2 | 9,500.00 |
| Miller 246069 KIT,CIRCUIT CARD | 809.43 |
| Miller Bobcat 250 Kohler | 4,288.76 |
| Miller Bobcat 250 Kohler nov 20 | 5,135.70 |
| Miller Bobcat 250 Kohler with a | 5,416.32 |
| Miller Welder | 4,229.40 |
| Miller xmt 304 | 2,159.97 |
| Miscellaneous Shop Tools | 3,200.00 |
| Peddinghaus Anglemaster Model A | 28,000.00 |
| Pipe Threader | 3,072.94 |
| Pipe Threader - 2020 used | 3,500.00 |
| Powermax 65 | 2,511.14 |
| Press Brake | 30,000.00 |
| Press Brake Die Accessory | 1,434.18 |
| Profile Bending Machine NEW | 3,000.00 |
| Programming | 7,088.64 |
| Racking - used | 3,150.00 |
| Racking/Tables/Toolboxes | 2,432.70 |
| Shears | 15,000.00 |
| Slugger Drill | 852.00 |
| Tools | 1,035.78 |
| USED Avenger Drilling line 46' | 45,000.00 |
| used delta welder 452 | 2,500.00 |
| USED Plasma Burning Table | 3,000.00 |
| Welder 2 | 2,500.00 |
| Welder Miller Dynasty 280DX | 3,500.00 |
| XMT 350 IGBT Module & Interconn | 1,251.27 |
| | 358575.5 |