Debtor name     **Little Washington Fabricators, Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **22-10695**

☐  Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

  ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☐ Yes. Fill in all of the information below.