Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Little Washington Fabricators, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **22-10695** |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Allan Myers teel Stairs** | |
| | State the term remaining | | A.E. Harth, Inc.<br>One Mill Race<br>Spring House, PA 19477 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Georges Market Dresher** | |
| | State the term remaining | | Ames Construction, Inc.<br>826 E. Main Street<br>Ephrata, PA 17522 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Cross Keys** | |
| | State the term remaining | | Ames Construction, Inc.<br>826 E. Main Street<br>Ephrata, PA 17522 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **bathroom service** | |
| | State the term remaining | | Aramark<br>AUS North Lock Box<br>PO Box 28050<br>New York, NY 10087 |
| | List the contract number of any government contract | | |

Debtor 1  **Little Washington Fabricators, Inc.**                                    Case number (if known)  **22-10695**
          First Name    Middle Name    Last Name

■ **Additional Page if You Have More Contracts or Leases**

| | **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **SL-MO-C1WS # 953466 - wide format printer service** | |
| | State the term remaining | | **ARC Document Solutions, LLC**<br>**1005 Convention Plaza**<br>**Saint Louis, MO 63101** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Ladd Hanford Kia** | |
| | State the term remaining | | **Arthur Funk & Sons, Inc**<br>**1405 Birch Road**<br>**Lebanon, PA 17042** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Tremont Shopping Center** | |
| | State the term remaining | | **Atlas Building Group**<br>**914 Hemsaath Road**<br>**Suite 100A**<br>**Saint Charles, MO 63303** |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **801 Market** | |
| | State the term remaining | | **Benchmark Construction Group, LLC**<br>**2501 Wharton Street**<br>**Philadelphia, PA 19146** |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Luxor Lansdale** | |
| | State the term remaining | | **Berks Ridge Company Enterprises, Inc.**<br>**316 Ruth Road**<br>**Harleysville, PA 19438** |
| | List the contract number of any government contract | | |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Arbour Square Cinnaminson** | |
| | State the term remaining | | **Berks Ridge Company Enterprises, Inc.**<br>**316 Ruth Road**<br>**Harleysville, PA 19438** |
| | List the contract number of any | | |

| Debtor 1 | Little Washington Fabricators, Inc. | | Case number (if known) 22-10695 |
|---|---|---|---|
| | First Name | Middle Name  Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| | | government contract | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Urban Outfitters Park City | |
| | State the term remaining | | Blue Rock Construction, Inc. |
| | List the contract number of any government contract | | 1712 Hancock Lane Burlington, NJ 08016 |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Mace Medical | |
| | State the term remaining | | Boulevard Contractors Corp |
| | List the contract number of any government contract | | 10451 Mill Run Circle, Suite 1005 Owings Mills, MD 21117 |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | ICHC | |
| | State the term remaining | | Brunswick Builders, LLC |
| | List the contract number of any government contract | | PO Box 7315 East Brunswick, NJ 08816 |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Islamic Center | |
| | State the term remaining | | Brunswick Builders, LLC |
| | List the contract number of any government contract | | PO Box 7315 East Brunswick, NJ 08816 |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Saqid School | |
| | State the term remaining | | Brunswick Builders, LLC |
| | List the contract number of any government contract | | PO Box 7315 East Brunswick, NJ 08816 |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | CVS Cherry Hill NJ | Builders Incorporated 4 Raymond Drive Havertown, PA 19083 |

Debtor 1  **Little Washington Fabricators, Inc.**                                    Case number (if known)  **22-10695**
        First Name    Middle Name    Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Citizens Flourtown** |
| | State the term remaining | **Builders Incorporated** |
| | List the contract number of any government contract | **4 Raymond Drive**<br>**Havertown, PA 19083** |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **LA Fitness Perry Hall MD** |
| | State the term remaining | **C.E. Gleeson Constructors, Inc.** |
| | List the contract number of any government contract | **984 Livernois Road**<br>**Troy, MI 48083** |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **LA Fitness Boynee** |
| | State the term remaining | **C.E. Gleeson Constructors, Inc.** |
| | List the contract number of any government contract | **984 Livernois Road**<br>**Troy, MI 48083** |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Callen Construction Delsea Liquiors** |
| | State the term remaining | **Callen Construction, LLC**<br>**Greg Cain** |
| | List the contract number of any government contract | **210 E. Elmer Road**<br>**Vineland, NJ 08360** |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Legacy Square Building B** |
| | State the term remaining | **Carlson Brothers, Inc.** |
| | List the contract number of any government contract | **17250 New Lenox Road**<br>**Joliet, IL 60433-9723** |

| Debtor 1 | Little Washington Fabricators, Inc. | | Case number (if known) | 22-10695 |
|---|---|---|---|---|
| | First Name    Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **South Pointe Village** | |
| | State the term remaining | | **CCS Building Group, LLC** |
| | List the contract number of any government contract | | 598 Millwood Road  Willow Street, PA 17584 |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Dauphin House** | |
| | State the term remaining | | **ConstructDesign Corporation** |
| | List the contract number of any government contract | | 1910 Spring Garden St., #1  Philadelphia, PA 19130 |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **St. Paul Edison, NJ** | |
| | State the term remaining | | **Costanza Builders, Inc.** |
| | List the contract number of any government contract | | 15000 Commerce Parkway, Suite D  Mount Laurel, NJ 08054 |
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Glen Oask @ Wall** | |
| | State the term remaining | | **Costanza Builders, Inc.** |
| | List the contract number of any government contract | | 15000 Commerce Parkway, Suite D  Mount Laurel, NJ 08054 |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **UPS Station** | |
| | State the term remaining | | **CVMNEXT Construction** |
| | List the contract number of any government contract | | 1002 West 9th Avenue  King of Prussia, PA 19406 |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **UPS Lehigh Valley Roof Frame** | |
| | State the term remaining | | **CVMNEXT Construction** |
| | List the contract number of any | | 1002 West 9th Avenue  King of Prussia, PA 19406 |

| Debtor 1 | Little Washington Fabricators, Inc. | | Case number (if known) | 22-10695 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | government contract | |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Geneone Life** | |
| | State the term remaining | | D'Lauro & Rodgers, Inc. |
| | List the contract number of any government contract | | 275 Commerce Drive, Suite 200 Fort Washington, PA 19034 |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **copier printer service** | |
| | State the term remaining | | DOCEO Office Solutions |
| | List the contract number of any government contract | | 1499 S. Queen Street York, PA 17403 |
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Hampton Inn Quakertown** | |
| | State the term remaining | | Earl King Construction |
| | List the contract number of any government contract | | 218 W. Main Street Leola, PA 17540 |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **NE Plaza** | |
| | State the term remaining | | Freedom Enterprise, Inc. PO Box 736 |
| | List the contract number of any government contract | | 1741 Valley Forge Road Worcester, PA 19490 |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Starbucks @ NE Plaza Phila** | |
| | State the term remaining | | Freedom Enterprise, Inc. PO Box 736 |
| | List the contract number of any government contract | | 1741 Valley Forge Road Worcester, PA 19490 |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Shake Shack Fullerton** | Grace Construction Management Co. 1530 Glen Avenue, Suite 4 Manahawkin, NJ 08050 |

| Debtor 1 | Little Washington Fabricators, Inc. | | Case number (if known) | 22-10695 |
|---|---|---|---|---|
| | First Name | Middle Name   Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Burlington Hagerstown MD** | |
|---|---|---|---|
| | State the term remaining | | **Grace Construction Management Co.** |
| | List the contract number of any government contract | | 1530 Glen Avenue, Suite 4  Manahawkin, NJ 08050 |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Greenpointe 1413 Germantown Stairs** | |
|---|---|---|---|
| | State the term remaining | | **Greenpointe Construction, Inc.**  Gagandeep Lakhmna |
| | List the contract number of any government contract | | 201 Spring Garden St., Apt 502  Philadelphia, PA 19123 |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Greenpointe 1427 Germantown Erection** | |
|---|---|---|---|
| | State the term remaining | | **Greenpointe Construction, Inc.**  Gagandeep Lakhmna |
| | List the contract number of any government contract | | 201 Spring Garden St., Apt 502  Philadelphia, PA 19123 |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **The Commodore Easton NJ** | |
|---|---|---|---|
| | State the term remaining | | **H.C. Pody Company** |
| | List the contract number of any government contract | | 946 Simons Avenue  Bensalem, PA 19020 |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **1201 Spring Garden St Apts** | |
|---|---|---|---|
| | State the term remaining | | **H.C. Pody Company** |
| | List the contract number of any government contract | | 946 Simons Avenue  Bensalem, PA 19020 |

Debtor 1  **Little Washington Fabricators, Inc.**                                  Case number (if known)  **22-10695**
        First Name     Middle Name     Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **120 Greenville Road**<br>**Cherry Hill** | |
| | State the term remaining | | **Hex 9 Design Architect**<br>**620 East Oregon Road**<br>**Lititz, PA 17543** |
| | List the contract number of any government contract | | |
| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Ellis Preserve Phase 2** | |
| | State the term remaining | | **High Construction Company**<br>**1853 William Penn Way**<br>**Lancaster, PA 17601** |
| | List the contract number of any government contract | | |
| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Landis Place on King**<br>**Lancaster** | |
| | State the term remaining | | **High Construction Company**<br>**1853 William Penn Way**<br>**Lancaster, PA 17601** |
| | List the contract number of any government contract | | |
| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Chesterfield Plaza**<br>**Facade** | |
| | State the term remaining | | **Holland Construction Corporation**<br>**751 Fredrick Street**<br>**Hanover, PA 17331** |
| | List the contract number of any government contract | | |
| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **SB&D Facade** | |
| | State the term remaining | | **Holland Construction Corporation**<br>**751 Fredrick Street**<br>**Hanover, PA 17331** |
| | List the contract number of any government contract | | |
| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Ring Container New**<br>**Office** | |
| | State the term remaining | | **Holland Construction Corporation**<br>**751 Fredrick Street**<br>**Hanover, PA 17331** |
| | List the contract number of any | | |

| Debtor 1 | Little Washington Fabricators, Inc. | | Case number (if known) | 22-10695 |
|---|---|---|---|---|
| | First Name    Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| | | government contract | | |
|---|---|---|---|---|
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Eagleville Elementary School** | | |
| | State the term remaining | | Hollenbach Construstion, Inc. 166 Holly Road PO Box 507 Boyertown, PA 19512 | |
| | List the contract number of any government contract | | | |
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Steel Reinforcement 145M** | | |
| | State the term remaining | | I. Heller Construction Co., Inc. 205 Mill Road Edison, NJ 08837 | |
| | List the contract number of any government contract | | | |
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Parker @McCarrick Phase 2** | | |
| | State the term remaining | | Irwin & Leighton, Inc. 1014 West 9th Avenue King of Prussia, PA 19406 | |
| | List the contract number of any government contract | | | |
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **234 ECRI Institute Headquarters** | | |
| | State the term remaining | | Irwin & Leighton, Inc. 1014 West 9th Avenue King of Prussia, PA 19406 | |
| | List the contract number of any government contract | | | |
| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Amazon Jessup** | | |
| | State the term remaining | | Irwin & Leighton, Inc. 1014 West 9th Avenue King of Prussia, PA 19406 | |
| | List the contract number of any government contract | | | |
| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Lidl KOP** | Irwin & Leighton, Inc. 1014 West 9th Avenue King of Prussia, PA 19406 | |

Debtor 1  **Little Washington Fabricators, Inc.**   Case number (if known) **22-10695**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Fulmer Beams** | |
|---|---|---|---|
| | State the term remaining | | JR Fulmer |
| | List the contract number of any government contract | | 460 Cinder Road |
| | | | New Providence, PA 17560 |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Nicholas Meats Phase 5** | |
|---|---|---|---|
| | State the term remaining | | L.R. Costanzo Company, Inc. |
| | List the contract number of any government contract | | 123 North Main Avenue |
| | | | Scranton, PA 18504 |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **IT service and backup** | |
|---|---|---|---|
| | State the term remaining | | Landis Technologies, LLC |
| | List the contract number of any government contract | | 1120 Division Highway |
| | | | Ephrata, PA 17522 |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **National Metal Crafters** | |
|---|---|---|---|
| | State the term remaining | | Level Up Development LLC |
| | List the contract number of any government contract | | 2232 Frankford Avenue |
| | | | Philadelphia, PA 19125 |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Giant Richboro** | |
|---|---|---|---|
| | State the term remaining | | Lynmar Builders |
| | List the contract number of any government contract | | 261 Harvard Avenue |
| | | | Westville, NJ 08093 |

| Debtor 1 | Little Washington Fabricators, Inc. | | Case number (if known) 22-10695 |
|---|---|---|---|
| | First Name  Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| | 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **McCaffreys Food West Windor NJ** | |
| | State the term remaining | | **Lynmar Builders**<br>**261 Harvard Avenue**<br>**Westville, NJ 08093** |
| | List the contract number of any government contract | | |
| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Shoprite Glassboro** | |
| | State the term remaining | | **Lynmar Builders**<br>**261 Harvard Avenue**<br>**Westville, NJ 08093** |
| | List the contract number of any government contract | | |
| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Ludlow Street Philadelphia** | |
| | State the term remaining | | **Meizinger Construction Services, Inc.**<br>**12285 McNulty road**<br>**Philadelphia, PA 19154** |
| | List the contract number of any government contract | | |
| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **52 Mill Street, Christiana, PA** | |
| | State the term remaining | | **Mill Street Real Estate, LLC**<br>**150 Culbertson Run Road**<br>**Downingtown, PA 19335** |
| | List the contract number of any government contract | | |
| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Amitty New Jersey** | |
| | State the term remaining | | **National Veteran Contractors, LLC**<br>**1A Blueridge Avenue**<br>**Dunellen, NJ 08812** |
| | List the contract number of any government contract | | |
| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **601 Lancaster Project Berwyn** | |
| | State the term remaining | | **North Star Construction Management, Inc.**<br>**645 Hamilton Street, Suite 28**<br>**Allentown, PA 18101** |
| | List the contract number of any | | |

| Debtor 1 | Little Washington Fabricators, Inc. | | Case number (if known) | 22-10695 |
|---|---|---|---|---|
| | First Name  Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | government contract | |
| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **306 Rodney Street** | |
| | State the term remaining | | Parkview Builders, Inc. |
| | List the contract number of any government contract | | 234 Broadway, 3rd Floor Brooklyn, NY 11211 |
| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Farmhouse Clubhouse** | |
| | State the term remaining | | Paul Risk Construction |
| | List the contract number of any government contract | | 11 West State Street Quarryville, PA 17566 |
| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **N. Liberty Triangle Building 13** | |
| | State the term remaining | | Pelco Builders, Inc. |
| | List the contract number of any government contract | | 699 West Glenrose Road Coatesville, PA 19320 |
| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **814 N. 2nd Street** | |
| | State the term remaining | | Pelco Builders, Inc. |
| | List the contract number of any government contract | | 699 West Glenrose Road Coatesville, PA 19320 |
| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Odin Pharma Somerset NJ** | |
| | State the term remaining | | Pelican Constructions, Inc. |
| | List the contract number of any government contract | | 370 Campus Drive Somerset, NJ 08873 |
| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **CFA Edison NJ** | Pennsylvania Construction Associates Inc 2583 Interstate Drive Harrisburg, PA 17110 |

| Debtor 1 | Little Washington Fabricators, Inc. | | Case number (if known) 22-10695 |
|---|---|---|---|
| | First Name | Middle Name  Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **CFA East Norriton** | |
| | State the term remaining | | **Pennsylvania Construction Associates Inc** |
| | List the contract number of any government contract | | 2583 Interstate Drive<br>Harrisburg, PA 17110 |
| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **PA School for the Deaf** | |
| | State the term remaining | | **Phoenix Construction and Management** |
| | List the contract number of any government contract | | 3553 West Chester Pike, #335<br>Newtown Square, PA 19073 |
| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **U Hall Self Storage Macungie** | |
| | State the term remaining | | **Poole Anderson Construction, LLC** |
| | List the contract number of any government contract | | 2121 Old Gatesburg Road, Suite 200<br>State College, PA 16803 |
| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **G&T Industries** | |
| | State the term remaining | | **Quandel Construction Group, Inc.** |
| | List the contract number of any government contract | | 2601 Market Place, Suite 200<br>Harrisburg, PA 17110 |
| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Porshe Easton Warehouse** | |
| | State the term remaining | | **Quandel Construction Group, Inc.** |
| | List the contract number of any government contract | | 2601 Market Place, Suite 200<br>Harrisburg, PA 17110 |

| Debtor 1 | Little Washington Fabricators, Inc. | | Case number (if known) | 22-10695 |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Scrub Daddy** | |
| | State the term remaining | | Reed Street Builders, LLC |
| | List the contract number of any government contract | | 2501 Wharton Street<br>Philadelphia, PA 19146 |
| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Food Center Jessup MD** | |
| | State the term remaining | | Stewart & Tate |
| | List the contract number of any government contract | | 950 Smile Way<br>York, PA 17404 |
| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Project Freebird Mercersburg** | |
| | State the term remaining | | Stewart & Tate |
| | List the contract number of any government contract | | 950 Smile Way<br>York, PA 17404 |
| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Turkey Hill Car Wash** | |
| | State the term remaining | | Stewart & Tate |
| | List the contract number of any government contract | | 950 Smile Way<br>York, PA 17404 |
| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Shell New Retail Building Philadelphia** | |
| | State the term remaining | | T Long Construction, LLC |
| | List the contract number of any government contract | | 101 Greenwood Ave., Suite 160<br>Jenkintown, PA 19046 |
| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Oregan Avenue** | |
| | State the term remaining | | T Long Construction, LLC |
| | List the contract number of any | | 101 Greenwood Ave., Suite 160<br>Jenkintown, PA 19046 |

| Debtor 1 | Little Washington Fabricators, Inc. | | Case number (if known) | 22-10695 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | 809 Morris | |
|---|---|---|---|
| | State the term remaining | | Waverly Custom Home |
| | List the contract number of any government contract | | 711 Mount Mor Road |
| | | | Villanova, PA 19085-2006 |