**Fill in this information to identify the case:**

Debtor name: **Little Washington Fabricators, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): **22-10695**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                              *Column 2:* **Creditor**

| | Name | Mailing Address | | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|---|
| 2.1 | | Street | | | | | ☐ D / ☐ E/F / ☐ G |
| | | City | State | Zip Code | | | |
| 2.2 | | Street | | | | | ☐ D / ☐ E/F / ☐ G |
| | | City | State | Zip Code | | | |
| 2.3 | | Street | | | | | ☐ D / ☐ E/F / ☐ G |
| | | City | State | Zip Code | | | |
| 2.4 | | Street | | | | | ☐ D / ☐ E/F / ☐ G |
| | | City | State | Zip Code | | | |