# Exhibit "A"

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| LITTLE WASHINGTON FABRICATORS, INC., | : |
| | : BANKRUPTCY NO. 22-10695(PMM) |
| DEBTOR | : |

## NOTICE OF REJECTION OF CONTRACT

TO:   Builders Inc.
        ATTN: Mr. Kevin Cliver, PM
        4 Raymond Drive
        Havertown, PA 19083

Please be advised that pursuant to 11 U.S.C. §365, Little Washington Fabricators, Inc. (the "Debtor") is rejecting the contract known as CVS Cherry Hill NJ, 1900 Marlton Pike E, Cherry Hill, NJ (Contract No. 21-022). The Debtor intends to file a Motion to Confirm this Rejection as of the Petition Date.

**CIARDI CIARDI & ASTIN**

Dated: March 31, 2022      By:   */s/Nicole M. Nigrelli*
                                              Albert A. Ciardi, III, Esquire
                                              Nicole M. Nigrelli, Esquire
                                              1905 Spruce Street
                                              Philadelphia, PA 19103
                                              (215) 557-3550
                                              (215) 557-3551 fax
                                              aciardi@ciardilaw.com
                                              nnigrelli@ciardilaw.com

                                              *Proposed Counsel to Debtor*

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : **CHAPTER 11** |
| **LITTLE WASHINGTON FABRICATORS, INC.,** | : |
| | : |
| | : **BANKRUPTCY NO. 22-10695(PMM)** |
| **DEBTOR** | : |
| | : |

### NOTICE OF REJECTION OF CONTRACT

TO:  Irwin & Leighton, Inc.
    ATTN: Mr. Dan Sabatino, Sr. PM
    1014 West 9th Avenue
    King of Prussia, PA 19406

Please be advised that pursuant to 11 U.S.C. §365, Little Washington Fabricators, Inc. (the "Debtor") is rejecting the contract known as Amazon Jessup located at 45 Valley View Drive, Jessup, PA 18434 (Contract No. 21-034). The Debtor intends to file a Motion to Confirm this Rejection as of the Petition Date.

**CIARDI CIARDI & ASTIN**

Dated: March 31, 2022        By:    */s/Nicole M. Nigrelli*
                                    Albert A. Ciardi, III, Esquire
                                    Nicole M. Nigrelli, Esquire
                                    1905 Spruce Street
                                    Philadelphia, PA 19103
                                    (215) 557-3550
                                    (215) 557-3551 fax
                                    aciardi@ciardilaw.com
                                    nnigrelli@ciardilaw.com

                                    *Proposed Counsel to Debtor*

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : **CHAPTER 11** |
| **LITTLE WASHINGTON FABRICATORS, INC.,** | : |
| | : **BANKRUPTCY NO. 22-10695(PMM)** |
| **DEBTOR** | : |

### NOTICE OF REJECTION OF CONTRACT

TO:   Stewart & Tate
      ATTN: Mr. John Kerchner, VP
      950 Smile Way
      York, PA 17404

      Michael W. Winfield, Esquire
      Post & Schell, P.C.
      17 North Second Street
      12th Floor
      Harrisburg, PA 17101

Please be advised that pursuant to 11 U.S.C. §365, Little Washington Fabricators, Inc. (the "Debtor") is rejecting the contract known as Blue Spring Egg Farm "Freebird" located at 8069 Corner Rd., Mercersburg, PA 17236 (Contract No. 21-028). The Debtor intends to file a Motion to Confirm this Rejection as of the Petition Date.

**CIARDI CIARDI & ASTIN**

Dated: March 31, 2022        By:   */s/Nicole M. Nigrelli*
                                   Albert A. Ciardi, III, Esquire
                                   Nicole M. Nigrelli, Esquire
                                   1905 Spruce Street
                                   Philadelphia, PA 19103
                                   (215) 557-3550
                                   (215) 557-3551 fax
                                   aciardi@ciardilaw.com
                                   nnigrelli@ciardilaw.com

                                   *Proposed Counsel to Debtor*

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : **CHAPTER 11** |
| **LITTLE WASHINGTON FABRICATORS, INC.,** | : |
| | : **BANKRUPTCY NO. 22-10695(PMM)** |
| **DEBTOR** | : |

## NOTICE OF REJECTION OF CONTRACT

TO:   Berks Ridge Company Enterprises, Inc.
ATTN: Mr. James Davis, VP of Operations
316 Ruth Road
Harleysville, PA 19438

Please be advised that pursuant to 11 U.S.C. §365, Little Washington Fabricators, Inc. (the "Debtor") is rejecting the contract known as Luxor Lansdale (Contract No. 21-036). The Debtor intends to file a Motion to Confirm this Rejection as of the Petition Date.

                                                **CIARDI CIARDI & ASTIN**

Dated: March 31, 2022            By:    */s/Nicole M. Nigrelli*
                                                         Albert A. Ciardi, III, Esquire
                                                         Nicole M. Nigrelli, Esquire
                                                         1905 Spruce Street
                                                         Philadelphia, PA 19103
                                                         (215) 557-3550
                                                         (215) 557-3551 fax
                                                         aciardi@ciardilaw.com
                                                         nnigrelli@ciardilaw.com

                                                         *Proposed Counsel to Debtor*

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : CHAPTER 11 |
| **LITTLE WASHINGTON FABRICATORS, INC.,** | : |
| | : |
| | : BANKRUPTCY NO. 22-10695(PMM) |
| **DEBTOR** | : |
| | : |

## NOTICE OF REJECTION OF CONTRACT

TO:   High Construction Company
       ATTN: Mr. Greg Spaulding, PE
       1853 William Penn Way
       Lancaster, PA 17601

Please be advised that pursuant to 11 U.S.C. §365, Little Washington Fabricators, Inc. (the "Debtor") is rejecting the contract known as Ellis Preserve Phase 2 located at 3819 West Chester Pike, Newtown Square, PA 19073 (Contract No. 21-0d42). The Debtor intends to file a Motion to Confirm this Rejection as of the Petition Date.

                                                                          **CIARDI CIARDI & ASTIN**

Dated:  March 31, 2022                By:    */s/Nicole M. Nigrelli*
                                                             Albert A. Ciardi, III, Esquire
                                                              Nicole M. Nigrelli, Esquire
                                                               1905 Spruce Street
                                                               Philadelphia, PA 19103
                                                               (215) 557-3550
                                                              (215) 557-3551 fax
                                                             aciardi@ciardilaw.com
                                                             nnigrelli@ciardilaw.com

                                                             *Proposed Counsel to Debtor*

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| LITTLE WASHINGTON FABRICATORS, INC., | : |
| | : BANKRUPTCY NO. 22-10695(PMM) |
| DEBTOR | : |

## NOTICE OF REJECTION OF CONTRACT

TO:   Quandel Construction Group, Inc.
      ATTN: Mr. Brandon Motuk, Sr. PM
      2601 Market Place
      Suite 200
      Harrisburg, PA 17110


Please be advised that pursuant to 11 U.S.C. §365, Little Washington Fabricators, Inc. (the "Debtor") is rejecting the contract known as G&T Industries (Contract No. 21-026). The Debtor intends to file a Motion to Confirm this Rejection as of the Petition Date.

                                        **CIARDI CIARDI & ASTIN**

Dated: March 31, 2022            By:   */s/Nicole M. Nigrelli*
                                        Albert A. Ciardi, III, Esquire
                                        Nicole M. Nigrelli, Esquire
                                        1905 Spruce Street
                                        Philadelphia, PA 19103
                                        (215) 557-3550
                                        (215) 557-3551 fax
                                        aciardi@ciardilaw.com
                                        nnigrelli@ciardilaw.com

                                        *Proposed Counsel to Debtor*

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| LITTLE WASHINGTON FABRICATORS, INC., | : |
| | : |
| | : BANKRUPTCY NO. 22-10695(PMM) |
| DEBTOR | : |
| | : |

## NOTICE OF REJECTION OF CONTRACT

TO:  Quandel Construction Group, Inc.
     ATTN: Mr. Brandon Motuk, Sr PM
     2601 Market Place
     Suite 200
     Harrisburg, PA 17110

Please be advised that pursuant to 11 U.S.C. §365, Little Washington Fabricators, Inc. (the "Debtor") is rejecting the contract known as Porsche Easton Warehouse located at 170 Commerce Lane, Easton, PA (Contract No. 21-056). The Debtor intends to file a Motion to Confirm this Rejection as of the Petition Date.

                                                **CIARDI CIARDI & ASTIN**

Dated: March 31, 2022    By:    */s/Nicole M. Nigrelli*
                                                                Albert A. Ciardi, III, Esquire
                                                                Nicole M. Nigrelli, Esquire
                                                                1905 Spruce Street
                                                                Philadelphia, PA 19103
                                                                (215) 557-3550
                                                                (215) 557-3551 fax
                                                                aciardi@ciardilaw.com
                                                                nnigrelli@ciardilaw.com

                                                                *Proposed Counsel to Debtor*

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : **CHAPTER 11** |
| **LITTLE WASHINGTON FABRICATORS, INC.,** | : |
| | : **BANKRUPTCY NO. 22-10695(PMM)** |
| **DEBTOR** | : |

## NOTICE OF REJECTION OF CONTRACT

TO:   CCS Building Group, LLC
       ATTN: Mr. Justin Nolt, Sr. PM
       598 Millwood Road
       Willow Street, PA 17584

Please be advised that pursuant to 11 U.S.C. §365, Little Washington Fabricators, Inc. (the "Debtor") is rejecting the contract known as South Pointe Village at 210 Orr Drive, Willow Street, PA 17584 (Contract No. 21-108). The Debtor intends to file a Motion to Confirm this Rejection as of the Petition Date.

**CIARDI CIARDI & ASTIN**

Dated:  March 31, 2022        By:   */s/Nicole M. Nigrelli*
                                     Albert A. Ciardi, III, Esquire
                                     Nicole M. Nigrelli, Esquire
                                     1905 Spruce Street
                                     Philadelphia, PA  19103
                                     (215) 557-3550
                                     (215) 557-3551 fax
                                     aciardi@ciardilaw.com
                                     nnigrelli@ciardilaw.com

                                     *Proposed Counsel to Debtor*