**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| LITTLE WASHINGTON FABRICATORS, | : |
| INC., | : BANKRUPTCY NO. 22-10695(PMM) |
| DEBTOR. | : |
| | : |

**ORDER PURSUANT TO 11 U.S.C. § 364(b) AUTHORIZING
DOUGLAS HOWE TO MAKE A LOAN TO THE DEBTOR AS AN UNSECURED
ADMINISTRATIVE CLAIM**

AND NOW, on this ___ day of _____, 2022, upon consideration of the motion of

Little Washington Fabricators, Inc. (the "Debtor") requesting authority to permit Douglas

Howe to make a post-petition loan to the Debtor as an unsecured administrative claim, and

any responses thereto, it is HEREBY

ORDERED that the Motion is GRANTED; and it is further

ORDERED, that Douglas Howe is hereby permitted to make a post-petition loan to

the Debtor in an amount up to $50,000.00 which shall be an unsecured administrative claim

pursuant to 11 U.S.C. §364(b) and the Debtor may repay said loan upon payment by its

general contractor.

BY THE COURT

_____
THE HONORABLE PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE