| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | Little Washington Fabricators, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | 22-10695 |

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ■ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Andrews Auto LLC<br>5402 Lincoln Highway<br>Gap, PA 17527<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $376.52 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>ARC Document Solutions, LLC<br>1005 Convention Plaza<br>Saint Louis, MO 63101<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,340.67 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>ARC' N J Welding, LLC<br>241 Ash Road<br>Coatesville, PA 19320<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $16,807.50 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Aus North Lockbox<br>PO Box 28050<br>New York, NY 10087<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $424.56 |

| Debtor | **Little Washington Fabricators, Inc.** | Case number (if known) | **22-10695** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**AW Welding & Fabricating LLC**<br>**1614 Rawlinsville Road**<br>**Holtwood, PA 17532**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $14,026.26 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Bauer Fastener**<br>**PO Box 180**<br>**Lancaster, PA 17608**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $7,124.06 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**BB Transport, LLC**<br>**43 Walkers Lane**<br>**Kinzers, PA 17535**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,603.47 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Berks Ridge Company Enterprises, Inc.**<br>**Attn:  Mr. James Davis, VP of Operations**<br>**316 Ruth Road**<br>**Harleysville, PA 19438**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  Luxor Lansdale<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**BSM, Inc.**<br>**841A Kutztown Road**<br>**Myerstown, PA 17067**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $61,254.53 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Builders, Inc.**<br>**Attn:  Kevin Cliver, PM**<br>**4 Raymond Drive**<br>**Havertown, PA 19083**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  CVS Cherry Hill<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**C&K Welding, LLC**<br>**4015 Bahn Ave**<br>**York, PA 17408**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $31,480.00 |

Debtor **Little Washington Fabricators, Inc.**　Case number (if known) **22-10695**
　　　　Name

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**CCS Building Group, LLC**<br>**Attn: Mr. Justin Nolt, Sr. PM**<br>**598 Millwood Road**<br>**Willow Street, PA 17584**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** South Pointe<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Certified Steel Co., Inc.**<br>**1333 Brunswick Pike, Suite 200**<br>**Lawrence Township, NJ 08648**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$121,832.94** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Chester County Construction, LLC**<br>**165 Reeder Road**<br>**Honey Brook, PA 19344**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$180,221.50** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**CK Replacement Stalls**<br>**330 Millwood Road**<br>**Lancaster, PA 17603**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$47,980.80** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Control Associates & MFG, LLC**<br>**1452 Woodlot Road**<br>**Manheim, PA 17545**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,899.01** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Cooke's Construction LLC**<br>**c/o Anthony Cooke**<br>**18 Spruce Street**<br>**Ephrata, PA 17522**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,420.00** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**CP Equipment, LLC**<br>**5925 Buena Vista Road**<br>**Gap, PA 17527**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$962.48** |

Debtor **Little Washington Fabricators, Inc.**  Case number (if known) **22-10695**
       Name

| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Curtis Welding & Fabricating, Inc.**<br>**50 Wright Avenue**<br>**Lititz, PA 17543**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$19,013.35** |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Douglas L. Howe**<br>**52 Mill Street**<br>**Christiana, PA 17509**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$423,849.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**DRM Associates, Inc.**<br>**4334 Hanover Pike**<br>**Manchester, MD 21102**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$49,792.85** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**DS Pipe & Steel Supply, LLC**<br>**1301 Wicomico Street**<br>**PO Box 6367**<br>**Baltimore, MD 21230-6367**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$173,741.82** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Eagle Engineering**<br>**154 Calvary Church Road**<br>**Wrightsville, PA 17368**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Commodore**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,782.50** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Eagle Erectors, Inc.**<br>**3500 Wrangle Hill Road**<br>**Bear, DE 19701**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$17,930.00** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**East Coast Steel Fab, LLC**<br>**PO Box 2193**<br>**Reading, PA 19608**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$98,725.14** |

| Debtor | **Little Washington Fabricators, Inc.** | Case number (if known) | **22-10695** |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Esch Hay Equipment**<br>**3230 E. Gordon Road**<br>**Gordonville, PA 17529**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,936.50** |
|---|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Eshbro Construction, LLC**<br>**3734 East Newport Road**<br>**Gordonville, PA 17529**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,541,220.42** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Green Tree Machine Works, LLC**<br>**1450 Valley Road**<br>**Quarryville, PA 17566**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,800.00** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Greiner Industries, Inc.**<br>**1650 Steel Way**<br>**Mount Joy, PA 17552**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$193,922.38** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Haydon Bolts, Inc.**<br>**1181 Unity Street**<br>**Philadelphia, PA 19124-3104**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$27,831.43** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**High Construction Company**<br>**Attn: Mr. Greg Spaulding, PE**<br>**1853 William Penn Way**<br>**Lancaster, PA 17601**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Ellis Preserve**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Horst Road Repair, LLC**<br>**Gideon A. Fisher, Jr.**<br>**135 Horst Road**<br>**Myerstown, PA 17067-3061**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$14,175.00** |

| Debtor | Little Washington Fabricators, Inc. | Case number (if known) | 22-10695 |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Irwin & Leighton, Inc.**<br>**Attn:  Mr. Dan Sabatino, Sr. PM**<br>**1014 West 9th Avenue**<br>**King of Prussia, PA 19406** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** Amazon Jessup | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Kirkwood Equipment & Manufacturing, Inc.**<br>**834 Pumping Station Road**<br>**Kirkwood, PA 17536** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,052.75 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address**<br>**L.R. Costanzo Company, Inc.**<br>**6801 Tilghman Street**<br>**Allentown, PA 18106** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Line Mountain Fab, LLC**<br>**680 Hebe Bypass Road**<br>**Herndon, PA 17830** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $52,650.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address**<br>**MBP Dispute Resolution**<br>**Four Radnor Corporate Center**<br>**100 Matsonford Road, Suite 110**<br>**Wayne, PA 19087** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $6,412.50 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address**<br>**McNees Wallace & Nurick**<br>**PO Box 1166**<br>**Harrisburg, PA 17108-1166** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,740.99 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address**<br>**McNichols Co**<br>**PO Box 101211**<br>**Atlanta, GA 30392-1211** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,010.79 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | Little Washington Fabricators, Inc. | Case number (if known) | 22-10695 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Metals USA**<br>**PO Box 827110**<br>**Philadelphia, PA 19182-7110** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $246,594.66 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Michael W. Winfield, Esquire**<br>**Post & Schell, PC**<br>**17 North Second St., 12th Fl**<br>**Harrisburg, PA 17101** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $0.00 |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Blue Spring Egg Farm "Freebird"** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Nate's Automotive**<br>**239 Maple Avenue**<br>**Bird in Hand, PA 17505** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,951.15 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**New Millennium Building Systems**<br>**PO Box 532097**<br>**Atlanta, GA 30353-2097** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $117,044.14 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Pelet-Welding, Inc.**<br>**19 North 12th Ave**<br>**Coatesville, PA 19320** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $59,158.07 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**PeopleReady, Inc.**<br>**PO Box 641034**<br>**Pittsburgh, PA 15264-1034** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $23,970.20 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Pine Lane Repair**<br>**c/o Jacob Swarey**<br>**1246 S. College Street**<br>**Myerstown, PA 17067** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,000.00 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor  **Little Washington Fabricators, Inc.**  Case number (if known)  **22-10695**
Name

| | | |
|---|---|---|
| **3.47** | **Nonpriority creditor's name and mailing address**<br>**Quandel Construction Group, Inc.**<br>Attn: Brandon Motuk, Sr. PM<br>2601 Market Place, Suite 200<br>Harrisburg, PA 17110<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: **G&T Industries**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$0.00** |
| **3.48** | **Nonpriority creditor's name and mailing address**<br>**Quandel Construction Group, Inc.**<br>Attn: Brandon Motuk, Sr. PM<br>2601 Market Place, Suite 200<br>Harrisburg, PA 17110<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: **Porsche Easton Warehouse**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$0.00** |
| **3.49** | **Nonpriority creditor's name and mailing address**<br>**R&B Wagner**<br>PO Box 423<br>Butler, WI 53007<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$2,570.25** |
| **3.50** | **Nonpriority creditor's name and mailing address**<br>**Rhoads Energy Corp**<br>PO Box 1198<br>Lancaster, PA 17608<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$9,384.52** |
| **3.51** | **Nonpriority creditor's name and mailing address**<br>**Rydberg Engineering Pvt. Ltd**<br>Mrinal Smriti Apartment<br>Block A Ground Floor Kalyannagar Near<br>Kalayannagar Vidyapith, Khardah Kolkata<br>700112<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$30,500.00** |
| **3.52** | **Nonpriority creditor's name and mailing address**<br>**Sam's Mechanical Service, LLC**<br>5736 Lincoln Highway<br>Gap, PA 17527<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$6,733.57** |
| **3.53** | **Nonpriority creditor's name and mailing address**<br>**Scott A. Rouhier**<br>2109 Lyndell Drive<br>Lancaster, PA 17601<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$5,042.50** |

| Debtor | Little Washington Fabricators, Inc. | Case number (if known) | 22-10695 |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address**<br>**SEK Construction, LLC**<br>**1361 Briertown Road**<br>**East Earl, PA 17519** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $193,800.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Spark Fabricators, LLC**<br>**6381 White Oak road**<br>**Christiana, PA 17509** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,695.77 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Stewart & Tate**<br>**Attn:  Mr. John Kerchner, VP**<br>**950 Smile Way**<br>**York, PA 17404** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** Blue Spring Egg Farm "Freebird" | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Stoltzfus Welding & Rentals, LLC**<br>**5195 Martin Drive**<br>**Gap, PA 17527** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,450.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Stoltzfus Welding & Rentals, LLC**<br>**5195 Martin Drive**<br>**Gap, PA 17527** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $227.90 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Sweeping Hollow Carpentry, LLC**<br>**529 Bellas Hollow Road**<br>**Danville, PA 17821** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31,890.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address**<br>**The Blue Book**<br>**PO Box 500**<br>**Jefferson Valley, NY 10535** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,057.70 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | **Little Washington Fabricators, Inc.** | Case number (if known) | 22-10695 |
|---|---|---|---|
| | Name | | |

| 3.61 | **Nonpriority creditor's name and mailing address**<br>**Triad Metals International**<br>**1 Village Road**<br>**Horsham, PA 19044-3800**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $27,039.83 |
|---|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Triple-S Steel/Intsel Steel**<br>**Intsel Steel East, Inc.**<br>**PO Box 301212**<br>**Dallas, TX 75303-1212**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $1,901,002.00 |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**United Rentals**<br>**Credit Office #214**<br>**PO Box 100711**<br>**Atlanta, GA 30384-0711**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $18,045.14 |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Valmont Industries, Inc.**<br>**PO Box 101021**<br>**Atlanta, GA 30392**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $33,156.31 |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**Vedaker Enterprises, LLC**<br>**31 Apple Blossom Drive**<br>**Lancaster, PA 17602**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $6,450.00 |

**Part 3: List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 5,905,105.43 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,905,105.43 |