# United States Bankruptcy Court
### Eastern District of Pennsylvania

| In re | Little Washington Fabricators, Inc. | | Case No. | 22-10695 |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 2, 2022**

**Douglas L. Howe/President**
Signer/Title