```
A.E. Harth, Inc.
One Mill Race
Spring House, PA 19477



Ames Construction, Inc.
826 E. Main Street
Ephrata, PA 17522



Andrews Auto LLC
5402 Lincoln Highway
Gap, PA 17527



Aramark
AUS North Lock Box
PO Box 28050
New York, NY 10087



ARC Document Solutions, LLC
1005 Convention Plaza
Saint Louis, MO 63101



ARC' N J Welding, LLC
241 Ash Road
Coatesville, PA 19320



Arthur Funk & Sons, Inc
1405 Birch Road
Lebanon, PA 17042



Atlas Building Group
914 Hemsaath Road
Suite 100A
Saint Charles, MO 63303



Aus North Lockbox
PO Box 28050
New York, NY 10087
```

AW Welding & Fabricating LLC
1614 Rawlinsville Road
Holtwood, PA 17532


Bauer Fastener
PO Box 180
Lancaster, PA 17608


BB Transport, LLC
43 Walkers Lane
Kinzers, PA 17535


Benchmark Construction Group, LLC
2501 Wharton Street
Philadelphia, PA 19146


Berks Ridge Company Enterprises, Inc.
Attn:  Mr. James Davis, VP of Operations
316 Ruth Road
Harleysville, PA 19438


Blue Rock Construction, Inc.
1712 Hancock Lane
Burlington, NJ 08016


Boulevard Contractors Corp
10451 Mill Run Circle, Suite 1005
Owings Mills, MD 21117


Brunswick Builders, LLC
PO Box 7315
East Brunswick, NJ 08816


BSM, Inc.
841A Kutztown Road
Myerstown, PA 17067

Builders Incorporated
4 Raymond Drive
Havertown, PA 19083

Builders, Inc.
Attn: Kevin Cliver, PM
4 Raymond Drive
Havertown, PA 19083

C&K Welding, LLC
4015 Bahn Ave
York, PA 17408

C.E. Gleeson Constructors, Inc.
984 Livernois Road
Troy, MI 48083

Callen Construction, LLC
Greg Cain
210 E. Elmer Road
Vineland, NJ 08360

Carlson Brothers, Inc.
17250 New Lenox Road
Joliet, IL 60433-9723

CCS Building Group, LLC
Attn: Mr. Justin Nolt, Sr. PM
598 Millwood Road
Willow Street, PA 17584

Certified Steel Co., Inc.
1333 Brunswick Pike, Suite 200
Lawrence Township, NJ 08648

Chester County Construction, LLC
165 Reeder Road
Honey Brook, PA 19344

CK Replacement Stalls
330 Millwood Road
Lancaster, PA 17603


ConstructDesign Corporation
1910 Spring Garden St., #1
Philadelphia, PA 19130


Control Associates & MFG, LLC
1452 Woodlot Road
Manheim, PA 17545


Cooke's Construction LLC
c/o Anthony Cooke
18 Spruce Street
Ephrata, PA 17522


Costanza Builders, Inc.
15000 Commerce Parkway, Suite D
Mount Laurel, NJ 08054


CP Equipment, LLC
5925 Buena Vista Road
Gap, PA 17527


Curtis Welding & Fabricating, Inc.
50 Wright Avenue
Lititz, PA 17543


CVMNEXT Construction
1002 West 9th Avenue
King of Prussia, PA 19406


D'Lauro & Rodgers, Inc.
275 Commerce Drive, Suite 200
Fort Washington, PA 19034

```
DOCEO Office Solutions
1499 S. Queen Street
York, PA 17403



Doug Howe, President
52 Mill Street
Christiana, PA 17509



Douglas L. Howe
52 Mill Street
Christiana, PA 17509



DRM Associates, Inc.
4334 Hanover Pike
Manchester, MD 21102



DS Pipe & Steel Supply, LLC
1301 Wicomico Street
PO Box 6367
Baltimore, MD 21230-6367



Eagle Engineering
154 Calvary Church Road
Wrightsville, PA 17368



Eagle Erectors, Inc.
3500 Wrangle Hill Road
Bear, DE 19701



Earl King Construction
218 W. Main Street
Leola, PA 17540



East Coast Steel Fab, LLC
PO Box 2193
Reading, PA 19608
```

Esch Hay Equipment
3230 E. Gordon Road
Gordonville, PA 17529

Eshbro Construction, LLC
3734 East Newport Road
Gordonville, PA 17529

Freedom Enterprise, Inc.
PO Box 736
1741 Valley Forge Road
Worcester, PA 19490

Grace Construction Management Co.
1530 Glen Avenue, Suite 4
Manahawkin, NJ 08050

Green Tree Machine Works, LLC
1450 Valley Road
Quarryville, PA 17566

Greenpointe Construction, Inc.
Gagandeep Lakhmna
201 Spring Garden St., Apt 502
Philadelphia, PA 19123

Greiner Industries, Inc.
1650 Steel Way
Mount Joy, PA 17552

H.C. Pody Company
946 Simons Avenue
Bensalem, PA 19020

Haydon Bolts, Inc.
1181 Unity Street
Philadelphia, PA 19124-3104

```
Hex 9 Design Architect
620 East Oregon Road
Lititz, PA 17543



High Construction Company
Attn: Mr. Greg Spaulding, PE
1853 William Penn Way
Lancaster, PA 17601



Holland Construction Corporation
751 Fredrick Street
Hanover, PA 17331



Hollenbach Construstion, Inc.
166 Holly Road
PO Box 507
Boyertown, PA 19512



Horst Road Repair, LLC
Gideon A. Fisher, Jr.
135 Horst Road
Myerstown, PA 17067-3061



I. Heller Construction Co., Inc.
205 Mill Road
Edison, NJ 08837



Irwin & Leighton, Inc.
Attn: Mr. Dan Sabatino, Sr. PM
1014 West 9th Avenue
King of Prussia, PA 19406



JR Fulmer
460 Cinder Road
New Providence, PA 17560



Kirkwood Equipment & Manufacturing, Inc.
834 Pumping Station Road
Kirkwood, PA 17536
```

L.R. Costanzo Company, Inc.
6801 Tilghman Street
Allentown, PA 18106

L.R. Costanzo Company, Inc.
123 North Main Avenue
Scranton, PA 18504

Landis Technologies, LLC
1120 Division Highway
Ephrata, PA 17522

Level Up Development LLC
2232 Frankford Avenue
Philadelphia, PA 19125

Line Mountain Fab, LLC
680 Hebe Bypass Road
Herndon, PA 17830

Lynmar Builders
261 Harvard Avenue
Westville, NJ 08093

MBP Dispute Resolution
Four Radnor Corporate Center
100 Matsonford Road, Suite 110
Wayne, PA 19087

McNees Wallace & Nurick
PO Box 1166
Harrisburg, PA 17108-1166

McNichols Co
PO Box 101211
Atlanta, GA 30392-1211

Meizinger Construction Services, Inc.
12285 McNulty road
Philadelphia, PA 19154

Metals USA
PO Box 827110
Philadelphia, PA 19182-7110

Michael W. Winfield, Esquire
Post & Schell, PC
17 North Second St., 12th Fl
Harrisburg, PA 17101

Mill Street Real Estate, LLC
150 Culbertson Run Road
Downingtown, PA 19335

Nate's Automotive
239 Maple Avenue
Bird in Hand, PA 17505

National Veteran Contractors, LLC
1A Blueridge Avenue
Dunellen, NJ 08812

New Millennium Building Systems
PO Box 532097
Atlanta, GA 30353-2097

North Star Construction Management, Inc.
645 Hamilton Street, Suite 28
Allentown, PA 18101

Parkview Builders, Inc.
234 Broadway, 3rd Floor
Brooklyn, NY 11211

Paul Risk Construction
11 West State Street
Quarryville, PA 17566


Pelco Builders, Inc.
699 West Glenrose Road
Coatesville, PA 19320


Pelet-Welding, Inc.
19 North 12th Ave
Coatesville, PA 19320


Pelican Constructions, Inc.
370 Campus Drive
Somerset, NJ 08873


Pennsylvania Construction Associates Inc
2583 Interstate Drive
Harrisburg, PA 17110


PeopleReady, Inc.
PO Box 641034
Pittsburgh, PA 15264-1034


Phoenix Construction and Management
3553 West Chester Pike, #335
Newtown Square, PA 19073


Pine Lane Repair
c/o Jacob Swarey
1246 S. College Street
Myerstown, PA 17067


Poole Anderson Construction, LLC
2121 Old Gatesburg Road, Suite 200
State College, PA 16803

Quandel Construction Group, Inc.
Attn: Brandon Motuk, Sr. PM
2601 Market Place, Suite 200
Harrisburg, PA 17110


R&B Wagner
PO Box 423
Butler, WI 53007


Reed Street Builders, LLC
2501 Wharton Street
Philadelphia, PA 19146


Rhoads Energy Corp
PO Box 1198
Lancaster, PA 17608


Rydberg Engineering Pvt. Ltd
Mrinal Smriti Apartment
Block A Ground Floor Kalyannagar Near
Kalayannagar Vidyapith, Khardah Kolkata
700112


Sam's Mechanical Service, LLC
5736 Lincoln Highway
Gap, PA 17527


Scott A. Rouhier
2109 Lyndell Drive
Lancaster, PA 17601


SEK Construction, LLC
1361 Briertown Road
East Earl, PA 17519


Spark Fabricators, LLC
6381 White Oak road
Christiana, PA 17509

```
Stewart & Tate
Attn: Mr. John Kerchner, VP
950 Smile Way
York, PA 17404



Stoltzfus Welding & Rentals, LLC
5195 Martin Drive
Gap, PA 17527



Sweeping Hollow Carpentry, LLC
529 Bellas Hollow Road
Danville, PA 17821



T Long Construction, LLC
101 Greenwood Ave., Suite 160
Jenkintown, PA 19046



The Blue Book
PO Box 500
Jefferson Valley, NY 10535



Triad Metals International
1 Village Road
Horsham, PA 19044-3800



Triple-S Steel/Intsel Steel
Intsel Steel East, Inc.
PO Box 301212
Dallas, TX 75303-1212



United Rentals
Credit Office #214
PO Box 100711
Atlanta, GA 30384-0711



Valmont Industries, Inc.
PO Box 101021
Atlanta, GA 30392
```

```
Vedaker Enterprises, LLC
31 Apple Blossom Drive
Lancaster, PA 17602


Waverly Custom Home
711 Mount Mor Road
Villanova, PA 19085-2006
```