Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Little Washington Fabricators, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | **22-10695** |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BSM, Inc. 841A Kutztown Road Myerstown, PA 17067 | | | | | | $61,254.53 |
| C&K Welding, LLC 4015 Bahn Ave York, PA 17408 | | | | | | $31,480.00 |
| Certified Steel Co., Inc. 1333 Brunswick Pike, Suite 200 Lawrence Township, NJ 08648 | | | | | | $121,832.94 |
| Chester County Construction, LLC 165 Reeder Road Honey Brook, PA 19344 | | | | | | $180,221.50 |
| CK Replacement Stalls 330 Millwood Road Lancaster, PA 17603 | | | | | | $47,980.80 |
| Douglas L. Howe 52 Mill Street Christiana, PA 17509 | | | | | | $423,849.00 |
| DRM Associates, Inc. 4334 Hanover Pike Manchester, MD 21102 | | | | | | $49,792.85 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Little Washington Fabricators, Inc.** | | | Case number *(if known)* | **22-10695** | |
|--------|------|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DS Pipe & Steel Supply, LLC 1301 Wicomico Street PO Box 6367 Baltimore, MD 21230-6367** | | | | | | **$173,741.82** |
| **East Coast Steel Fab, LLC PO Box 2193 Reading, PA 19608** | | | | | | **$98,725.14** |
| **Eshbro Construction, LLC 3734 East Newport Road Gordonville, PA 17529** | | | | | | **$1,541,220.42** |
| **Greiner Industries, Inc. 1650 Steel Way Mount Joy, PA 17552** | | | | | | **$193,922.38** |
| **Line Mountain Fab, LLC 680 Hebe Bypass Road Herndon, PA 17830** | | | | | | **$52,650.00** |
| **Metals USA PO Box 827110 Philadelphia, PA 19182-7110** | | | | | | **$246,594.66** |
| **New Millennium Building Systems PO Box 532097 Atlanta, GA 30353-2097** | | | | | | **$117,044.14** |
| **Pelet-Welding, Inc. 19 North 12th Ave Coatesville, PA 19320** | | | | | | **$59,158.07** |
| **Rydberg Engineering Pvt. Ltd Mrinal Smriti Apartment Block A Ground Floor Kalyannagar Near Kalayannagar Vidyapith, Khardah Kolkata 700112** | | | | | | **$30,500.00** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Debtor | **Little Washington Fabricators, Inc.** | | Case number *(if known)* | **22-10695** |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **SEK Construction, LLC 1361 Briertown Road East Earl, PA 17519** | | | | | | **$193,800.00** |
| **Sweeping Hollow Carpentry, LLC 529 Bellas Hollow Road Danville, PA 17821** | | | | | | **$31,890.00** |
| **Triple-S Steel/Intsel Steel Intsel Steel East, Inc. PO Box 301212 Dallas, TX 75303-1212** | | | | | | **$1,901,002.00** |
| **Valmont Industries, Inc. PO Box 101021 Atlanta, GA 30392** | | | | | | **$33,156.31** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy