**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** : | |
| : | **CHAPTER 11** |
| **LITTLE WASHINGTON FABRICATORS,** : | |
| **INC.,** : | **BANKRUPTCY NO. 22-10695(PMM)** |
| **DEBTOR.** : | |
| : | |

**ORDER APPROVING DEBTOR'S FIRST OMNIBUS MOTION TO REJECT
CERTAIN EXECUTORY CONTRACTS**

AND NOW, on this 3rd day of May, 2022, upon consideration of the first omnibus motion of Little Washington Fabricators, Inc. (the "Debtor") for authority to reject certain executory contracts, and all ancillary contracts related thereto, pursuant to 11 U.S.C. §§ 105 and 365 and Federal Rules of Bankruptcy Procedure 6004(h) and 6006(a) and (f)(the "Motion"); and upon consideration of the Motion and all pleadings related thereto; and notice of the Motion having been due and sufficient under the circumstances; and upon the record herein; and it appearing that the relief requested in the Motion is in the best interest of the Debtor, its estate and its creditors, and an appropriate exercise of the Debtor's business judgment; after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Motion is GRANTED.

2. Pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the contracts listed below, and any ancillary contracts related thereto, are hereby rejected by the Debtor and its estate, with such rejection being effective upon the filing of the Motion.

| Contract Number | Job Name | Contract location | General Contractor |
|---|---|---|---|
| 21-018 | South Pointe Village | 210 Orr Drive, Willow Street, PA | CCS Building Group |
| 21-022 | CVS Cherry Hill | 1900 Marlton Pike East, Cherry Hill NJ | Builders, Inc. |
| 21-026 | G&T Industries | | Quandel Construction Group, Inc. |
| 21-028 | Blue Springs Farm Project | 8069 Corner Road, Mechanicsburg, PA | Stewart & Tate |
| 21-034 | Amazon Jessup | 45 Valley View Drive, Jessup, PA | Irwin & Leighton |
| 21-036 | Luxor Lansdale | | Berks Ridge Company Enterprises, Inc. |
| 21-042 | Ellis Preserve Phase 2 | 3819 West Chester Pike, Newtown Square, PA | High Construction Company Inc. |
| 21-056 | Porsche Easton Warehouse | 170 Commerce Lane, Easton, PA | Quandel Construction Group, Inc. |
| | McCaffreys of West Windsor | 335 Princeton-Highstown Road, West Windsor NJ | Michael B and Karen M Palmeri Enterprises, Inc. t/a |

|  |  |  | Lynmar Builders |
|--|--|--|--|
|  |  |  |  |

3. Bankruptcy Rule 6004(h) is waived and this Order is immediately effective and enforceable.

4. The requirements of Bankruptcy Rule 6006 are satisfied.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

BY THE COURT

*Patricia M. Mayer*

THE HONORABLE PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE