# LITTLE WASHINGTON FABRICATORS, INC.

# 21-10695

# SCHEDULE A/B QUESTIONNAIRE #11

# LWF Invoice Data

3/31/2022

All Invoices

Customer

| Ames Construction | Atlas Building Group | Berks Ridge | Blue Rock Constructi... |
|---|---|---|---|
| Boulevard Contractors | Brunswick Builders | Builders Inc | Carlsom Construction |

| Number | Date | Customer | Job # | Job Name | Retainage? | Litigation? | Collection Note? | Amount | Task Owner | Days Outstanding | 0-30 Days | 31-45 Days | 46-60 Days | 61-90 Days | >90 Days | Column1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8858 | 3/16/2022 | Ames Construction | 22-003 | Giant Bellefonte | | | | $11,385.00 | | 19 | $11,385.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8844 | 3/16/2022 | HC Poby | 21-068 | 1203 Spring Garden St Apts | | | | $14,040.00 | | 19 | $14,040.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8853 | 3/16/2022 | Pelco | 21-064 | 814 N 2nd Street | | | | $3,960.00 | | 19 | $3,960.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8847 | 3/16/2022 | Irwin & Leighton | 18-134 | Parker @ McCarrick Phase 2 | | | | $2,250.00 | | 19 | $2,250.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8854 | 3/16/2022 | North Star | 21-079 | 601 Lancaster Project | | | | $3,540.33 | | 19 | $3,540.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8842 | 3/16/2022 | Lynmar Builders | 21-023 | Giant Richboro | | | | $1,980.00 | | 19 | $1,980.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8850 | 3/16/2022 | Earl King Construction | 21-066 | Hampton Inn Quakertown | | | | $27,085.50 | | 19 | $27,085.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8841 | 3/16/2022 | HC Poby | 21-065 | The Commodore Easton NJ | | | | $262,867.50 | | 19 | $262,867.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8849 | 3/16/2022 | Holland Construction | 21-094 | SBD Façade | | | | $17,200.62 | | 19 | $17,200.62 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8848 | 3/16/2022 | Harth Builders | 21-136 | Allan Myers Street Stairs | | | | $19,687.50 | | 19 | $19,687.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8857 | 3/16/2022 | Lynmar Builders | 22-006 | Shoprite of Darian Shops | | | | $1,080.00 | | 19 | $1,080.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8856 | 3/16/2022 | Chesapeake Contracting | 22-007 | Subaru Owings Mills | | | | $1,350.00 | | 19 | $1,350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8855 | 3/16/2022 | Ames Construction | 22-004 | Grocery Outlet Hagerstown | | | | $1,980.00 | | 19 | $1,980.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8859 | 3/16/2022 | Ames Construction | 22-131 | Marshalls Home Goods | | | | $3,600.00 | | 19 | $3,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8839 | 3/16/2022 | TJ Long | 21-129 | Oregan Ave | | | | $4,021.48 | | 19 | $4,021.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8851 | 3/16/2022 | Berks Ridge | 21-036 | Luxor Lansdale | | | | $36,325.00 | | 19 | $36,325.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8852 | 3/16/2022 | Berks Ridge | 21-036 | Luxor Lansdale | R | | | $118,430.00 | | 19 | $118,430.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 3/16/2022 | Berks Ridge | 21-035 | Arbour Square | | | | $20,385.00 | | 19 | $20,385.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8846 | 3/16/2022 | Stewart Tate | 21-002 | Food Center Jessup MD | | | | $77,467.10 | | 19 | $77,467.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 88454 | 3/16/2022 | Stewart Tate | 21-028 | Project Firebird | | | | $25,623.45 | | 19 | $25,623.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8840 | 3/16/2022 | High Construction | 21-085 | Lands Place on King | | | | $125,233.07 | | 19 | $125,233.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8860 | 3/21/2022 | Ames Construction | 20-126 | George's Market Dresher | R | | | $9,968.50 | | 14 | $9,968.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 Invoice Qty | | | | | | | | $779,450.05 | | | $779,450.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# LWF Invoice Data

3/31/2022    All Invoices

**Customer**

| Users construction | Mars Building Group | Berks Ridge | Nan Block construction |
| --- | --- | --- | --- |
| Blades of Satisfaction | Bravework builders | Builders Inc | Carlton construction |

| Number | Date | Customer | Job # | Job Name | Reviewed? | Amount | Tax Owner | Days Outstanding 0-30 Days | 0-30 Days | 31-45 Days | 46-60 Days | 61-90 Days | 90 Days | Comments |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 8751 | 1/19/2022 | Irwin & Leighton | 18-134 | Parker @ McCarrick Phase 2 | | $32,911.00 | Bob | 75 | $0.00 | $32,911.00 | $0.00 | $32,911.00 | $0.00 | |
| 8799 | 2/16/2022 | Boulevard Contractors | 21-091 | Mace Medical | | $6,377.50 | | 47 | $0.00 | $0.00 | $6,377.50 | $0.00 | $0.00 | Jint check agreement complete. Await paym... |
| 8800 | 2/16/2022 | Lyeman Builders | 21-023 | Giant Richboro | | $11,475.00 | | 47 | $0.00 | $0.00 | $11,475.00 | $0.00 | $0.00 | |
| 8798 | 2/16/2022 | Irwin & Leighton | 21-034 | Amazon Jessup | | $4,040.00 | Dave | 47 | $0.00 | $0.00 | $4,040.00 | $0.00 | $0.00 | 2/24: Job finally invoiced per PM request. |
| 8810 | 2/17/2022 | TJ Long | 21-060 | Shell New Retail | | $5,985.01 | | 40 | $0.00 | $5,985.01 | $0.00 | $0.00 | $0.00 | 2/24: Job finally invoiced per PM request. |
| 8811 | 2/17/2022 | TJ Long | 21-060 | Shell New Retail | R | $14,010.00 | | 40 | $0.00 | $14,010.00 | $0.00 | $0.00 | $0.00 | 2/24: Job finally invoiced per PM request. |
| 8812 | 2/17/2022 | Earl King Construction | 21-066 | Hampton Inn Quakertown | | $26,067.60 | | 40 | $0.00 | $26,067.60 | $0.00 | $0.00 | $0.00 | |
| 8838 | 2/17/2022 | Irwin & Leighton | 21-097 | Lidl EOP | | $12,506.80 | Bob | 40 | $0.00 | $12,506.80 | $0.00 | $0.00 | $0.00 | We need final waiver from our erector and site hasn't been paid in full. |
| 8813 | 2/17/2022 | Stewart Tate | 21-002 | Food Center Jessup MD | | $154,611.67 | | 40 | $0.00 | $154,611.67 | $0.00 | $0.00 | $0.00 | |
| 8809 | 2/17/2022 | HC Healy | 21-065 | The Commodore Easton NJ | | $32,400.00 | | 40 | $0.00 | $32,400.00 | $0.00 | $0.00 | $0.00 | |
| 8815 | 2/17/2022 | Holland Construction | 31-133 | Ring Container New Office | | $19,045.80 | | 40 | $0.00 | $19,045.80 | $0.00 | $0.00 | $0.00 | |
| 8814 | 2/17/2022 | North Builders | 21-136 | Abba Myers Steel Stars | | $7,875.00 | | 40 | $0.00 | $7,875.00 | $0.00 | $0.00 | $0.00 | |
| 8807 | 2/17/2022 | | 21-127 | 809 Morris | | $2,362.50 | | 40 | $0.00 | $2,362.50 | $0.00 | $0.00 | $0.00 | |
| 8806 | 2/17/2022 | TJ Long | 21-129 | Oregon Ave | | $2,680.98 | | 40 | $0.00 | $2,680.98 | $0.00 | $0.00 | $0.00 | |
| 8803 | 2/17/2022 | Berks Ridge | 21-036 | Luxor Lansdale | | $35,100.00 | | 40 | $0.00 | $35,100.00 | $0.00 | $0.00 | $0.00 | |
| 8804 | 2/17/2022 | Builders Inc | 21-022 | CVS Cherry Hill NJ | R | $28,745.10 | | 40 | $0.00 | $28,745.10 | $0.00 | $0.00 | $0.00 | |
| 8805 | 2/17/2022 | Builders Inc | 21-022 | CVS Cherry Hill NJ | | $3,060.00 | | 40 | $0.00 | $3,060.00 | $0.00 | $0.00 | $0.00 | |
| 8822 | 2/17/2022 | Stewart Tate | 21-028 | Project Freebird | | $147,583.17 | | 40 | $0.00 | $147,583.17 | $0.00 | $0.00 | $0.00 | |
| 8801 | 2/17/2022 | Holland Construction | 21-094 | SEB Façade | | $31,034.16 | | 40 | $0.00 | $31,034.16 | $0.00 | $0.00 | $0.00 | |
| 8824 | 2/25/2022 | High Construction | 21-042 | Elfs Preserve Ph 2 | | $21,373.60 | | 38 | $0.00 | $21,373.60 | $0.00 | $0.00 | $0.00 | |
| 8832 | | High Construction | 21-085 | Lands Place on King | | $240,669.22 | | 35 | $0.00 | $240,669.22 | $0.00 | $0.00 | $0.00 | |
| | | | | | | $834,914.11 | | | $0.00 | $414,423.43 | $30,892.50 | $32,911.00 | $0.00 | |

Invoice Qty 21

# LWF Invoice Data

3/31/2022

All Invoices

## Customer

| Ahern Constructions | Vitro Building Group | Hinkle Ridge | Blue Jacket construction |
| Blackrock and restoration | Brunswick Builders | BuildPro Inc | Carhart Constructions |

| Number | Date | Customer | Job # | Job Name | Manager | Salesperson | Collection Type | Amount | Lien Owner | Days Outstanding | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | 121-180 Days | 180+ Days | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8796 | 2/4/2022 | Stewart Tate | 21-167 | Turkey Hill Car Wash | | | | $37,125.00 | Bob | 59 | $0.00 | $0.00 | $0.00 | $37,125.00 | $0.00 | $0.00 | 2/4 CO amt agreed to. 2/7 waiver sent. |
| 8793 | 2/4/2022 | Reed Street | 21-081 | Scrub Daddy | R | | | $8,136.80 | Bob | 59 | $0.00 | $0.00 | $0.00 | $8,136.80 | $0.00 | $0.00 | 2/18 final CO amt was agreed to. Await Pete answer 3/11. |
| 2 | Invoice Qty | | | | | | | $45,261.80 | | | $0.00 | $0.00 | $0.00 | $45,261.80 | $0.00 | $0.00 | |

# LWF Invoice Data

3/31/2022

All Invoices

Customer

| Aero Construction | Vitra Banking Group | Birra Ridge | Blue Rock Construction | |
| Boulevard Restorations | Briarswick Builders | Builders Inc | Carhart Construction | |

| Number | Date | Customer | Job # | Job Name | Reinstage? | Legal w/? | Sales Manager? | Amount | Tax Owner | Date Diff | LY-15 Days | 16-30 Days | 31-45 Days | 46-60 Days | 61-90 Days | >90 Days | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8729 | 1/12/2022 | High Construction | 21-042 | Ellis Preserve Ph 2 | R | | | $1,364.46 | Bob | 82 | $0.00 | $0.00 | $0.00 | $0.00 | $1,364.46 | $0.00 | |
| 8751 | 1/19/2022 | Irwin & Leighton | 18-134 | Parker @ McCarrick Phase 2 | R | | | $32,911.00 | Bob | 75 | $0.00 | $32,911.00 | $0.00 | $0.00 | $32,911.00 | $0.00 | |
| 8366 | 1/21/2022 | Irwin & Leighton | 21-011 | 234 ERD | R | | | $19,483.90 | Bob | 73 | $0.00 | $0.00 | $0.00 | $0.00 | $19,483.90 | $0.00 | |
| 8346 | 1/19/2022 | HC Pody | 21-065 | The Commodore Easton NJ | | | | $32,400.00 | Bob | 75 | $0.00 | $0.00 | $0.00 | $0.00 | $32,400.00 | $0.00 | |
| 8744 | 1/19/2022 | Avery Construction | 21-105 | Cross Keys | R | | | $1,790.00 | Bob | 75 | $0.00 | $0.00 | $0.00 | $0.00 | $1,790.00 | $0.00 | Need to set up Jnt ptk agreement to get paid |
| 8770 | 1/19/2022 | Irwin & Leighton | 21-034 | Amazon Jessup | R | | | $40,412.50 | Dave | 75 | $0.00 | $0.00 | $0.00 | $0.00 | $40,412.50 | $0.00 | Need to set up Jnt ptk agreement to get paid |
| 8771 | 1/19/2022 | Irwin & Leighton | 21-034 | Amazon Jessup | R | | | $86,778.80 | Dave | 75 | $0.00 | $0.00 | $0.00 | $0.00 | $86,778.80 | $0.00 | |
| 8730 | 1/19/2022 | CNM Next Construction | 21-118 | UPS Stratham | R | | | $2,596.00 | Bob | 75 | $0.00 | $0.00 | $0.00 | $0.00 | $2,596.00 | $0.00 | |
| 8738 | 1/19/2022 | Builders Inc | 21-032 | CVS Cherry Hill NJ | | | | $6,876.00 | Bob | 75 | $0.00 | $0.00 | $0.00 | $0.00 | $6,876.00 | $0.00 | end of March pymt. |
| 8763 | 1/21/2022 | Pelican | 21-069 | Odin Pharma Somerset NJ | R | | | $26,906.85 | Howie | 73 | $0.00 | $0.00 | $0.00 | $0.00 | $26,906.85 | $0.00 | Howie needs to coordinate with Odin Pmt on needs to finish up |
| 8760 | 1/21/2022 | Pelican | 21-069 | Odin Pharma Somerset NJ | | | | $64,323.43 | Howie | 73 | $0.00 | $0.00 | $0.00 | $0.00 | $64,323.43 | $0.00 | Howie needs to coordinate with Odin Pmt on needs to finish up |
| 8762 | 1/21/2022 | Holland Construction | 21-094 | 5807 Purple | | | | $84,989.97 | Bob | 73 | $0.00 | $0.00 | $0.00 | $0.00 | $84,989.97 | $0.00 | Owner pymts month behind |
| 8799 | 1/26/2022 | Cessanta Builders | 21-052 | Glen Oaks | R | | | $4,188.80 | Bob | 68 | $0.00 | $0.00 | $0.00 | $0.00 | $4,188.80 | $0.00 | Retainage not submitted yet |
| 13 | Invoice Qty | | | | | | | $465,021.71 | | | $0.00 | $32,911.00 | $0.00 | $0.00 | $465,021.71 | $0.00 | $0.00 |

# LITTLE WASHINGTON FABRICATORS, INC.

# 21-10695

# SCHEDULE A/B QUESTIONNAIRE #50

Equipment list

| | |
|---|---:|
| **14' Quickcut** | 993.20 |
| **60' avenger drilling machine** | 85,000.00 |
| **Angle Processor** | 25,000.00 |
| **Band Saw** | 3,500.00 |
| **Bobcat field welder** | 3,445.00 |
| **Bobcat field welder 2** | 3,922.00 |
| **cutter & controller** | 2,544.25 |
| **delta welder 452** | 3,632.62 |
| **delta welder 452 SNMG130068C** | 3,548.54 |
| **EB2000ITIA 2000WGenerator** | 1,164.94 |
| **Field Welder** | 3,883.37 |
| **GEKA 110/A Hydraulic Ironworker** | 8,000.00 |
| **Hilti DX 462 HM** | 3,402.60 |
| **HYdmech Manual Pivot Style Band** | 5,000.00 |
| **HYP Powermax 65** | 2,510.77 |
| **IMCAR Plate Bending Roll Machin** | 7,500.00 |
| **Infra Heater** | 1,959.94 |
| **Ironworker 2** | 9,500.00 |
| **Miller 246069 KIT,CIRCUIT CARD** | 809.43 |
| **Miller Bobcat 250 Kohler** | 4,288.76 |
| **Miller Bobcat 250 Kohler nov 20** | 5,135.70 |
| **Miller Bobcat 250 Kohler with a** | 5,416.32 |
| **Miller Welder** | 4,229.40 |
| **Miller xmt 304** | 2,159.97 |
| **Miscellaneous Shop Tools** | 3,200.00 |
| **Peddinghaus Anglemaster Model A** | 28,000.00 |
| **Pipe Threader** | 3,072.94 |
| **Pipe Threader - 2020 used** | 3,500.00 |
| **Powermax 65** | 2,511.14 |
| **Press Brake** | 30,000.00 |
| **Press Brake Die Accessory** | 1,434.18 |
| **Profile Bending Machine NEW** | 3,000.00 |
| **Programming** | 7,088.64 |
| **Racking - used** | 3,150.00 |
| **Racking/Tables/Toolboxes** | 2,432.70 |
| **Shears** | 15,000.00 |
| **Slugger Drill** | 852.00 |
| **Tools** | 1,035.78 |
| **USED Avenger Drilling line 46'** | 45,000.00 |
| **used delta welder 452** | 2,500.00 |
| **USED Plasma Burning Table** | 3,000.00 |
| **Welder 2** | 2,500.00 |
| **Welder Miller Dynasty 280DX** | 3,500.00 |
| **XMT 350 IGBT Module & Interconn** | 1,251.27 |

358575.5