# LITTLE WASHINGTON FABRICATORS, INC.

# 21-10695

# STATEMENT OF FINANCIAL AFFAIRS QUESTIONNAIRE #3

## Little Washington Fabricators, Inc.
## Account QuickReport
As of March 22, 2022

| Date | Num | Name | Paid Amount |
|---|---|---|---|
| 02/04/2022 | 3732 | Allied Crawford (Harrisburg) | -7,401.32 |
| 03/13/2022 | auto w/d | American Express | -8,181.20 |
| 03/21/2022 | auto w/d | American Express | -9,549.68 |
| 12/23/2021 | auto w/d | Anthem Propane Exchange | -2,985.50 |
| 01/25/2022 | auto w/d | Anthem Propane Exchange | -1,702.39 |
| 03/09/2022 | auto w/d | Anthem Propane Exchange | -1,056.65 |
| 03/21/2022 | auto w/d | Anthem Propane Exchange | -3,908.62 |
| 12/22/2021 | 3596 | Anthony Cooke | -8,985.61 |
| 01/26/2022 | 3714 | Anthony Cooke | -11,040.00 |
| 02/16/2022 | 3770 | Anthony Cooke | -3,120.00 |
| 03/14/2022 | 3862 | Anthony Cooke | -7,620.00 |
| 01/06/2022 | 3649 | ARC' N J Welding, LLC. | -4,725.00 |
| 02/18/2022 | 3783 | ARC' N J Welding, LLC. | -4,432.50 |
| 12/23/2021 | 3611 | AW Welding & Fabricating LLC | -4,730.00 |
| 01/22/2022 | 3684 | AW Welding & Fabricating LLC | -13,555.00 |
| 02/18/2022 | 3784 | AW Welding & Fabricating LLC | -1,337.50 |
| 03/07/2022 | 3813 | AW Welding & Fabricating LLC | -15,026.09 |
| 03/18/2022 | 3891 | AW Welding & Fabricating LLC | -4,780.00 |
| 03/21/2022 | 3912 | AW Welding & Fabricating LLC | -5,370.00 |
| 12/23/2021 | 3612 | Bauer Fastener | -185.08 |
| 01/26/2022 | 3696 | Bauer Fastener | -1,556.68 |
| 02/07/2022 | 3741 | Bauer Fastener | -5,801.12 |
| 03/08/2022 | 3815 | Bauer Fastener | -4,024.04 |
| 01/06/2022 | 3658 | BSM, INC. | -13,491.68 |
| 02/07/2022 | 3742 | BSM, INC. | -6,410.88 |
| 02/18/2022 | 3786 | BSM, INC. | -3,318.65 |
| 02/01/2022 | 3721 | Cabela's Club Visa | -10,384.62 |
| 01/06/2022 | auto w/d | Certified Steel Co., Inc. | -29,635.90 |
| 01/21/2022 | auto w/d | Certified Steel Co., Inc. | -56,923.51 |
| 02/07/2022 | 3739 | Certified Steel Co., Inc. | -38,480.75 |
| 01/21/2022 | 3668 | Chester County Construction, LLC | -41,030.00 |
| 02/15/2022 | 3768 | Chester County Construction, LLC | -11,250.00 |

6:38 PM
03/31/22
Cash Basis

# Little Washington Fabricators, Inc.
## Account QuickReport
As of March 22, 2022

| Date | Num | Name | Paid Amount |
|---|---|---|---|
| 12/23/2021 | 3614 | CK Replacement Stalls | -8,287.50 |
| 01/26/2022 | 3698 | CK Replacement Stalls | -6,370.00 |
| 02/07/2022 | 3743 | CK Replacement Stalls | -7,312.50 |
| 02/18/2022 | 3787 | CK Replacement Stalls | -6,825.00 |
| 03/08/2022 | 3816 | CK Replacement Stalls | -7,625.80 |
| 01/25/2022 | 3726 | Curtis Welding & Fabricating, Inc. | -29,036.95 |
| 02/18/2022 | 3780 | Curtis Welding & Fabricating, Inc. | -9,651.00 |
| 01/26/2022 | 3700 | DRM Associates, Inc. | -9,814.60 |
| 02/07/2022 | 3744 | DRM Associates, Inc. | -7,802.80 |
| 12/23/2021 | 3617 | DS Pipe & Steel Supply, LLC | -12,574.74 |
| 01/06/2022 | 3652 | DS Pipe & Steel Supply, LLC | -5,769.98 |
| 02/02/2022 | VIA ACH | DS Pipe & Steel Supply, LLC | -34,164.77 |
| 02/28/2022 | ACH | DS Pipe & Steel Supply, LLC | -27,692.82 |
| 03/07/2022 | ACH | DS Pipe & Steel Supply, LLC | -9,688.50 |
| 01/22/2022 | 3686 | Eagle Engineering | -2,015.00 |
| 02/04/2022 | 3737 | Eagle Engineering | -1,260.00 |
| 02/18/2022 | 3791 | Eagle Engineering | -2,415.00 |
| 03/19/2022 | 3898 | Eagle Engineering | -6,815.00 |
| 12/23/2021 | 3634 | Eagle Erectors, Inc. | -17,175.00 |
| 01/14/2022 | 3665 | East Coast Steel Fab, LLC. | -68,586.50 |
| 02/14/2022 | 3756 | East Coast Steel Fab, LLC. | -42,500.00 |
| 03/14/2022 | 3858 | East Coast Steel Fab, LLC. | -32,209.21 |
| 02/18/2022 | 3802 | Esch Hay Equipment | -4,910.00 |
| 03/08/2022 | 3818 | Esch Hay Equipment | -6,740.00 |
| 12/31/2021 | 3608 | Eshbro Construction LLC | -110,029.25 |
| 01/21/2022 | 3669 | Eshbro Construction LLC | -102,716.00 |
| 02/07/2022 | 3738 | Eshbro Construction LLC | -71,022.55 |
| 02/18/2022 | 3792 | Eshbro Construction LLC | -40,000.00 |
| 03/02/2022 | 3807 | Eshbro Construction LLC | -40,000.00 |
| 03/08/2022 | 3811 | Eshbro Construction LLC | -74,835.00 |
| 01/22/2022 | 3687 | Fisher Paints | -5,746.01 |
| 02/12/2022 | 3766 | Fisher Paints | -5,421.90 |
| 02/18/2022 | 3801 | Fisher Paints | -152.36 |

## Little Washington Fabricators, Inc.
## Account QuickReport
### As of March 22, 2022

| Date | Num | Name | Paid Amount |
|---|---|---|---|
| 03/09/2022 | 3852 | Fisher Paints | -559.25 |
| 03/19/2022 | 3899 | Fisher Paints | -9,668.73 |
| 01/06/2022 | 3653 | Gap Power | -2,874.72 |
| 01/21/2022 | 3678 | Gap Power | -1,562.52 |
| 02/28/2022 | 3804 | Gap Power | -2,906.73 |
| 03/19/2022 | 3900 | Gap Power | -2,800.74 |
| 01/26/2022 | 3702 | Green Tree Machine Works, LLC | -5,647.50 |
| 03/08/2022 | 3820 | Green Tree Machine Works, LLC | -1,800.00 |
| 01/06/2022 | 3657 | Greiner Industries Inc. | -30,000.00 |
| 02/15/2022 | 3769 | Greiner Industries Inc. | -30,000.00 |
| 12/31/2021 | auto w/d | Hartford Financial Services | -1,851.46 |
| 12/31/2021 | 3640 | Hartford Financial Services | -24,584.00 |
| 02/03/2022 | auto w/d | Hartford Financial Services | -24,584.00 |
| 02/03/2022 | auto w/d | Hartford Financial Services | -1,844.85 |
| 03/09/2022 | auto w/d | Hartford Financial Services | -1,844.85 |
| 12/23/2021 | 3600 | Haydon Bolts, Inc. | -17,794.79 |
| 12/23/2021 | 3603 | Haydon Bolts, Inc. | -858.60 |
| 02/07/2022 | 3746 | Haydon Bolts, Inc. | -2,086.89 |
| 01/22/2022 | 3689 | Horst Road Repair, LLC. | -2,462.50 |
| 02/07/2022 | 3747 | Horst Road Repair, LLC. | -2,750.00 |
| 03/08/2022 | 3822 | Horst Road Repair, LLC. | -3,200.00 |
| 01/07/2022 | 3643 | Jonas S. Stoltzfus | -2,270.00 |
| 01/14/2022 | 3662 | Jonas S. Stoltzfus | -2,270.00 |
| 01/21/2022 | 3666 | Jonas S. Stoltzfus | -2,270.00 |
| 01/26/2022 | auto w/d | Jonas S. Stoltzfus | -2,270.00 |
| 02/04/2022 | 3722 | Jonas S. Stoltzfus | -2,270.00 |
| 02/11/2022 | 3754 | Jonas S. Stoltzfus | -2,270.00 |
| 02/17/2022 | 3758 | Jonas S. Stoltzfus | -2,270.00 |
| 12/23/2021 | 3623 | Keen Compressed Gas Co. | -1,194.43 |
| 01/06/2022 | 3655 | Keen Compressed Gas Co. | -4,800.19 |
| 02/15/2022 | 3767 | Keen Compressed Gas Co. | -7,436.77 |
| 03/21/2022 | 3913 | Keen Compressed Gas Co. | -8,902.21 |
| 12/23/2021 | 3624 | Lapp Steel LLC | -5,800.00 |

6:38 PM
03/31/22
Cash Basis

## Little Washington Fabricators, Inc.
## Account QuickReport
### As of March 22, 2022

| Date | Num | Name | Paid Amount |
|---|---|---|---|
| 03/08/2022 | 3826 | Lapp Steel LLC | -3,250.00 |
| 12/23/2021 | 3625 | Line Mountain Fab, LLC | -10,620.00 |
| 01/14/2022 | 3664 | Line Mountain Fab, LLC | -13,140.00 |
| 01/26/2022 | 3704 | Line Mountain Fab, LLC | -4,860.00 |
| 02/18/2022 | 3795 | Line Mountain Fab, LLC | -9,562.50 |
| 03/08/2022 | 3828 | Line Mountain Fab, LLC | -10,597.50 |
| 12/31/2021 | 3639 | MBP | -14,320.00 |
| 01/21/2022 | 3672 | Metals USA | -49,390.09 |
| 01/31/2022 | 3719 | Metals USA | -37,071.29 |
| 02/07/2022 | 3752 | Metals USA | -30,349.02 |
| 01/04/2022 | auto w/d | Mill Street Real Estate LLC | -9,294.00 |
| 02/04/2022 | auto w/d | Mill Street Real Estate LLC | -4,394.47 |
| 03/01/2022 | auto w/d | Mill Street Real Estate LLC | -4,394.47 |
| 01/20/2022 | 3671 | Nate's Automotive | -2,221.31 |
| 01/26/2022 | 3718 | Nate's Automotive | -3,371.61 |
| 03/08/2022 | 3831 | Nate's Automotive | -1,344.89 |
| 03/01/2022 | 3806 | Ocasio Welding & Fabrication, LLC | -1,945.00 |
| 03/14/2022 | 3872 | Ocasio Welding & Fabrication, LLC | -2,375.00 |
| 03/18/2022 | 3885 | Ocasio Welding & Fabrication, LLC | -6,625.00 |
| 01/31/2022 | 3720 | Pelet-Welding, Inc. | -42,675.60 |
| 03/14/2022 | 3867 | Pelet-Welding, Inc. | -3,010.40 |
| 12/23/2021 | 3601 | PeopleReady Inc. | -5,138.37 |
| 12/27/2021 | 3637 | PeopleReady Inc. | -11,519.82 |
| 01/21/2022 | 3674 | PeopleReady Inc. | -4,885.65 |
| 02/02/2022 | 3731 | PeopleReady Inc. | -11,866.79 |
| 03/08/2022 | 3833 | PeopleReady Inc. | -5,793.47 |
| 12/23/2021 | auto w/d | Rhoads Energy Corp. | -6,000.00 |
| 01/25/2022 | auto w/d | Rhoads Energy Corp. | -8,000.00 |
| 03/01/2022 | auto w/d | Rhoads Energy Corp. | -4,500.00 |
| 01/10/2022 | auto w/d | Rydberg Engineering | -12,650.00 |
| 02/21/2022 | auto w/d | Rydberg Engineering | -10,500.00 |
| 03/11/2022 | auto w/d | Rydberg Engineering | -29,700.00 |
| 01/21/2022 | 3675 | Sam's Mechanical Service LLC | -3,583.87 |

6:38 PM
03/31/22
Cash Basis

# Little Washington Fabricators, Inc.
## Account QuickReport
### As of March 22, 2022

| Date | Num | Name | Paid Amount |
|---|---|---|---|
| 02/16/2022 | 3772 | Sam's Mechanical Service LLC | -7,362.20 |
| 03/08/2022 | 3835 | Sam's Mechanical Service LLC | -984.75 |
| 12/23/2021 | 3602 | Scott A. Rouhier | -21,205.00 |
| 01/21/2022 | 3680 | Scott A. Rouhier | -32,116.00 |
| 02/07/2022 | 3748 | Scott A. Rouhier | -10,712.50 |
| 02/16/2022 | 3773 | Scott A. Rouhier | -3,592.50 |
| 01/22/2022 | 3692 | SEK Construction LLC | -11,950.00 |
| 03/08/2022 | 3837 | SEK Construction LLC | -25,000.00 |
| 01/18/2022 | auto w/d | Selective Insurance Company of America | -19,166.00 |
| 12/23/2021 | 3630 | Seminole Transport LLC | -650.00 |
| 01/26/2022 | 3705 | Seminole Transport LLC | -860.00 |
| 02/07/2022 | 3749 | Seminole Transport LLC | -3,000.25 |
| 02/16/2022 | 3774 | Seminole Transport LLC | -2,800.00 |
| 03/15/2022 | 3876 | Seminole Transport LLC | -4,825.00 |
| 03/19/2022 | 3904 | Seminole Transport LLC | -7,577.50 |
| 02/16/2022 | 3775 | Sherwin Williams Co. | -241.93 |
| 01/26/2022 | 3706 | Spark Fabricators LLC | -4,011.26 |
| 02/16/2022 | 3777 | Spark Fabricators LLC | -3,802.94 |
| 03/08/2022 | 3839 | Spark Fabricators LLC | -3,550.96 |
| 12/23/2021 | 3632 | Stoltzfus Welding & Rentals, LLC | -2,105.00 |
| 01/06/2022 | 3725 | Stoltzfus Welding & Rentals, LLC | -8,688.85 |
| 02/16/2022 | 3778 | Stoltzfus Welding & Rentals, LLC | -1,680.00 |
| 03/08/2022 | 3840 | Stoltzfus Welding & Rentals, LLC | -760.00 |
| 02/16/2022 | 3779 | Stoltzfus Welding & Rentals, LLC-rent div | -100.70 |
| 12/29/2021 | 3606 | Triad Metals International | -19,266.91 |
| 01/06/2022 | 3644 | Triad Metals International | -58,484.59 |
| 12/31/2021 | 3647 | Triple-S Steel/Intsel Steel | -122,592.93 |
| 01/20/2022 | 3670 | Triple-S Steel/Intsel Steel | -95,851.75 |
| 02/03/2022 | 3730 | Triple-S Steel/Intsel Steel | -152,959.43 |
| 02/07/2022 | 3751 | Triple-S Steel/Intsel Steel | -45,995.01 |
| 03/03/2022 | 3810 | Triple-S Steel/Intsel Steel | -68,149.30 |
| 03/08/2022 | 3845 | Triple-S Steel/Intsel Steel | -35,529.45 |
| 12/27/2021 | 3636 | United Rentals | -4,480.20 |

**Little Washington Fabricators, Inc.**
**Account QuickReport**
As of March 22, 2022

| Date | Num | Name | Paid Amount |
|---|---|---|---|
| 01/21/2022 | 3676 | United Rentals | -8,473.30 |
| 01/25/2022 | 3694 | United Rentals | -9,502.74 |
| 02/18/2022 | 3798 | United Rentals | -1,060.38 |
| 03/08/2022 | 3841 | United Rentals | -3,327.99 |
| 12/23/2021 | 3633 | Valmont Industries, Inc. | -7,440.56 |
| 01/26/2022 | 3708 | Valmont Industries, Inc. | -3,663.95 |
| 02/07/2022 | 3750 | Valmont Industries, Inc. | -3,332.34 |
| 02/18/2022 | 3799 | Valmont Industries, Inc. | -10,230.93 |
| 03/08/2022 | 3842 | Valmont Industries, Inc. | -9,335.22 |
| 12/31/2021 | 3648 | Vedaker Enterprises, LLC | -6,450.00 |
| 02/04/2022 | 3735 | Vedaker Enterprises, LLC | -7,380.00 |
| 01/31/2022 | auto w/d | Vulcraft of New York, Inc. | -185,000.00 |
| 02/04/2022 | WRE | Vulcraft of New York, Inc. | -205,496.11 |
| 03/14/2022 | 3865 | Weber Steel Service & Associates, LLC | -5,596.56 |
| 03/21/2022 | 3914 | Weber Steel Service & Associates, LLC | -2,803.62 |
| 01/26/2022 | 3709 | Weinstock Bros Inc. | -4,695.55 |
| 03/08/2022 | 3843 | Weinstock Bros Inc. | -1,424.30 |
| 03/08/2022 | auto w/d | Wright National Flood Insurance Co. | -11,098.00 |
| 03/14/2022 | 3864 | Wurth Construction Services | -118.71 |
| 03/19/2022 | 3905 | Wurth Construction Services | -9,056.89 |
| 02/18/2022 | 3800 | York Building Products | -223.62 |
| 02/04/2022 | 3736 | Zimmerman Steel | -15,136.80 |
| 03/08/2022 | 3844 | Zimmerman Steel | -9,768.96 |
| | | | -3,054,491.00 |