IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*In re:*                                    :        **Chapter 11**
                                            :
**LITTLE WASHINGTON**                       :
**FABRICATORS, INC.**                       :        **Case No. 22- 10695(PMM)**
                                            :
                            **Debtor.**     :

## ORDER

**AND NOW,** this <u>3rd</u> day of <u>May</u> , 2022, upon consideration of the

Debtor's Motion for an Order Fixing Bar Date for the Filing of Proofs of Claim and For

Approval of the Form of Notice (the "Motion"), it is hereby

**ORDERED,** that the Motion is **GRANTED**, and <u>**September 19, 2022**</u> is the date set as

the Government Proof of Claim deadline, and any other creditor having a claim against the

Debtor shall file a Proof of Claim on or before **<u>June 13, 2022</u>** the office of the Deputy in Charge

of Bankruptcy Operations, United States Bankruptcy Court, The Gateway Building, 201 Penn

Street, Courtroom 4th Floor, Reading, PA 19601, and forward a copy of the same to Debtor's

counsel at the address listed on the Notice, or the claim of the creditor may be discharged or

disallowed as untimely; and it is further

**ORDERED,** that Debtor's counsel is directed to mail this Order and the proposed Form

of Notice attached to the Motion as Exhibit "A" to all creditors and parties in interest herein; and

it is further

**ORDERED,** that the Form of Notice attached to the Motion is approved as containing

sufficient information to enable creditors to file a proof of claim and provides adequate notice of

the date by which all claims must be filed and the effect of the failure of a creditor to file a claim.

BY THE COURT:

HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE