UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| LITTLE WASHINGTON FABRICATORS, | : |
| INC., | : BANKRUPTCY NO. 22-10695(PMM) |
| DEBTOR. | : |
| | : |

## ORDER PURSUANT TO 11 U.S.C. § 364(b) AUTHORIZING DOUGLAS HOWE TO MAKE A LOAN TO THE DEBTOR AS AN UNSECURED ADMINISTRATIVE CLAIM

AND NOW, on this 3rd day of May, 2022, upon consideration of the motion of Little Washington Fabricators, Inc. (the "Debtor") requesting authority to permit Douglas Howe to make a post-petition loan to the Debtor as an unsecured administrative claim, and any responses thereto, it is HEREBY

ORDERED that the Motion is GRANTED; and it is further

ORDERED, that Douglas Howe is hereby permitted to make a post-petition loan to the Debtor in an amount up to $50,000.00 which shall be an unsecured administrative claim pursuant to 11 U.S.C. §364(b) and the Debtor may repay said loan upon payment by its general contractor.

BY THE COURT

*Patricia M. Mayer*

THE HONORABLE PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE