# Exhibit "A"

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| LITTLE WASHINGTON FABRICATORS, INC., | : |
| | : BANKRUPTCY NO. 22-10695(PMM) |
| DEBTOR | : |

### NOTICE OF REJECTION OF CONTRACT

TO:   H.C. Pody
Attn: Hugh Pody
H.C. Pody
946 Simons Ave
Bensalem, PA 19020

Matthew R. Skaroff, Esquire
Cohen Seglias Pallas Greenhall & Furman PC
1600 Market Street, 32nd Floor
Philadelphia, PA 19103

Please be advised that pursuant to 11 U.S.C. §365, Little Washington Fabricators, Inc. (the "Debtor") is rejecting the contract known as The Commodore (Contract No. 21-065) located at 100 Northampton Street, Easton, PA 18042. The Debtor intends to file a Motion to Confirm this Rejection.

                                                **CIARDI CIARDI & ASTIN**

Dated: April 27, 2022              By:    */s/Nicole M. Nigrelli*
                                                   Albert A. Ciardi, III, Esquire
                                                   Nicole M. Nigrelli, Esquire
                                                   1905 Spruce Street
                                                   Philadelphia, PA  19103
                                                   (215) 557-3550
                                                   (215) 557-3551 fax
                                                   aciardi@ciardilaw.com
                                                   nnigrelli@ciardilaw.com

                                                   *Counsel to Debtor*

### UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| LITTLE WASHINGTON FABRICATORS, INC., | : |
| | : |
| | : BANKRUPTCY NO. 22-10695(PMM) |
| DEBTOR | : |

### NOTICE OF REJECTION OF CONTRACT

TO:   High Construction Company
Attn: Abby Hirst
1853 William Penn Way
Lancaster, PA 17601

Barry Solodky, Esquire
Saxton & Stump
280 Granite Run Drive, Suite 300
Lancaster, PA 17601

Please be advised that pursuant to 11 U.S.C. §365, Little Washington Fabricators, Inc. (the "Debtor") is rejecting the contract known as Landis Place on King (Contract No. 21-085) located at 237-245 W. King Street, Lancaster, PA 17603. The Debtor intends to file a Motion to Confirm this Rejection.

**CIARDI CIARDI & ASTIN**

Dated: April 27, 2022      By:   */s/Nicole M. Nigrelli*
Albert A. Ciardi, III, Esquire
Nicole M. Nigrelli, Esquire
1905 Spruce Street
Philadelphia, PA 19103
(215) 557-3550
(215) 557-3551 fax
aciardi@ciardilaw.com
nnigrelli@ciardilaw.com

*Counsel to Debtor*

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : **CHAPTER 11** |
| **LITTLE WASHINGTON FABRICATORS, INC.,** | : |
| | : **BANKRUPTCY NO. 22-10695(PMM)** |
| **DEBTOR** | : |

## NOTICE OF REJECTION OF CONTRACT

TO:   Pelican Constructions Inc.
      Attn: Subhasish Mitra, President/CEO
      370 Campus Drive, Suite 104B
      Somerset, NJ 08873

      Carol L. Knowlton, Esquire
      Gorski & Knowlton PC
      311 Whitehorse Avenue, Suite A
      Hamilton, NJ 08610

Please be advised that pursuant to 11 U.S.C. §365, Little Washington Fabricators, Inc. (the "Debtor") is rejecting the contract known as Odin Pharmaceuticals (Contract No. 21-069) located at 300 Franklin Square Drive, Somerset, NJ 08873. The Debtor intends to file a Motion to Confirm this Rejection.

**CIARDI CIARDI & ASTIN**

Dated: April 27, 2022    By:    */s/ Nicole M. Nigrelli*
                                Albert A. Ciardi, III, Esquire
                                Nicole M. Nigrelli, Esquire
                                1905 Spruce Street
                                Philadelphia, PA  19103
                                (215) 557-3550
                                (215) 557-3551 fax
                                aciardi@ciardilaw.com
                                nnigrelli@ciardilaw.com

                                *Counsel to Debtor*