**Brunswick Builders - ICHC**                                #19-073

| Invoice # | Original Amt | Invoiced Amt | Invoice Date | Paid Amount | Check Date | Check # | Notes |
|---|---|---|---|---|---|---|---|
| 6578 | $331,000.00 | $9,000.00 | 6/18/2019 | $9,000.00 | 12/23/2019 | 2832 | |
| 6654 | | $9,000.00 | 7/22/2019 | $9,000.00 | 5/6/2020 | 2949 | |
| 6800 | | $8,820.00 | 9/24/2019 | $8,820.00 | 5/20/2020 | 2967 | |
| 7563 | | $199,080.00 | 8/25/2020 | $167,580.00 | 9/4/2020 | 3085 | |
| | | | | $31,500.00 | 9/15/2020 | 3097 | |
| 7629 | | $68,400.00 | 9/22/2020 | | | | |
| 7786 | | $3,600.00 | 11/24/2020 | | | | |
| 7861 | | $2,898.00 | 12/21/2020 | | | | |
| 8112 | | $33,422.00 | 4/22/2021 | | | | Retainage |
| CO's Amt | $3,220.00 | | | | | | |
| Total Owed | $334,220.00 | | | | | | |
| | | $334,220.00 | Total Invoiced | | | | |
| | | | Total Paid | $225,900.00 | | | |
| | | | Job Balance | **$108,320.00** | | | |

EXHIBIT D

# APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702

To (owner): Brunswick Builders
PO Box 7315
East Brunswick, NJ 08816, USA

Project: ICHC
ICHC #19-073

From (contractor): Little Washington Fabricators, Inc
52 Mill Street
Christiana, PA 17509, USA

Via (architect):

☐ Owner
☐ Architect
☐ Contractor

Application Number: 8
Period To: 4/30/2021
Architect's Project No:
Contract Date: 6/6/2019
Invoice Number: 8112

Application is made for Payment, as shown below, in connection with the contract.
Continuation Sheet, AIA Document G703, is attached.

1. Original Contract Sum ............................................. 331,000.00
2. Net Change by Change Orders ................................ 3,220.00
3. Contract Sum to Date ( Line 1 + 2 ) .......................... 334,220.00
4. Total Completed and Stored to Date ........................ 334,220.00
   ( Column G on G703 )
5. Retainage:
   a. - % of Completed Work                      0.00
      ( Column D + E on G703 )
   b. - % of Stored Material                     0.00
      ( Column F on G703 )
   Total Retainage ( Line 5a + 5b or Total in Column I of G703 ) ...... 0.00
6. Total Earned Less Retainage ( Line 4 less Line 5 ) ...... 334,220.00
7. Less Previous Certificates ( Line 6 Prior Certificate ) ... 300,798.00
8. **Current Payment Due** ........................................ **33,422.00**
9. Balance to Finish, including Retainage ( Line 3 less Line 6 ) ..... 0.00

## CONTRACTOR'S APPLICATION FOR PAYMENT

### Change Order Summary

| | Additions | Deductions |
|---|---|---|
| Total Changes Approved in Previous Months by Owner | 3,220.00 | |
| Approved this Month | | |

| Number | Date Approved | | |
|---|---|---|---|
| | | | |

| TOTALS | 3,220.00 | |
|---|---|---|

Net Change by Change Orders                  3,220.00

The undersigned Contractor certifies that to the best of the Contractor's knowledge,
information, and belief the Work covered by this Application for Payment has been completed
in accordance with the Contract Documents, that all amounts have been paid to the
Contractor for Work for which previous Certificates for Payment were issued and payments
received from the Owner, and that current payment shown herein is now due.

Contractor: Little Washington Fabricators, Inc

By: _____ Date: _____

State of: _____ County of: _____
Subscribed and sworn to before me this ____ day of _____
Notary Public: _____
My commission expires: _____

# Continuation Sheet

## AIA DOCUMENT G703

AIA Document G703, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed Certification is attached.
Use Column 1 on Contracts where variable retainage for line items may apply.

Project: ICHC
ICHC #19-073

Application Number: 8
Application Date: 4/22/2021
Period To: 4/30/2021
Architect's Project No:

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | Work Completed | | Materials Presently Stored (Not in D or E) | Total Completed and Stored to Date (D+E+F) | | |
| Item # | Description of Work | Scheduled Value | From Previous Application | This Period | | | % (G/C) | Balance to Finish (C-G) | Retainage |
| 1 | Shop Drawings | 20,000.00 | 20,000.00 | 0.00 | 0.00 | 20,000.00 | 100.0 | 0.00 | 0.00 |
| 2 | Structural Steel | 196,000.00 | 196,000.00 | 0.00 | 0.00 | 196,000.00 | 100.0 | 0.00 | 0.00 |
| 3 | Structural Steel erection | 80,000.00 | 80,000.00 | 0.00 | 0.00 | 80,000.00 | 100.0 | 0.00 | 0.00 |
| 4 | Joist & deck | 35,000.00 | 35,000.00 | 0.00 | 0.00 | 35,000.00 | 100.0 | 0.00 | 0.00 |
| 3212 | ICHC #19-073 | 3,220.00 | 3,220.00 | 0.00 | 0.00 | 3,220.00 | 100.0 | 0.00 | 0.00 |
| | | 334,220.00 | 334,220.00 | 0.00 | 0.00 | 334,220.00 | | | |

# APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702

| To (owner): | Brunswick Builders<br>PO Box 7315<br>East Brunswick, NJ 08816, USA | Project: | ICHC<br>ICHC #19-073 | | Application Number: | 7 | ☐ Owner<br>☐ Architect<br>☐ Contractor |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Period To: | 12/31/2020 | |
| From (contractor): | Little Washington Fabricators, Inc<br>52 Mill Street<br>Christiana, PA 17509, USA | Via (architect): | | | Architect's Project No: | | |
| | | | | | Contract Date: | 6/6/2019 | |
| | | | | | Invoice Number: | 7861 | |

Application is made for Payment, as shown below, in connection with the contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. Original Contract Sum | | 331,000.00 |
| 2. Net Change by Change Orders | | 3,220.00 |
| 3. Contract Sum to Date ( Line 1 + 2 ) | | 334,220.00 |
| 4. Total Completed and Stored to Date<br>( Column G on G703 ) | | 334,220.00 |
| 5. Retainage: | | |
| a. 10.00 % of Completed Work<br>( Column D + E on G703 ) | 33,422.00 | |
| b. - % of Stored Material<br>( Column F on G703 ) | 0.00 | |
| Total Retainage ( Line 5a + 5b or Total in Column I of G703 ) | | 33,422.00 |
| 6. Total Earned Less Retainage ( Line 4 less Line 5 ) | | 300,798.00 |
| 7. Less Previous Certificates ( Line 6 Prior Certificate ) | | 297,900.00 |
| **8. Current Payment Due** | | **2,898.00** |
| 9. Balance to Finish, including Retainage ( Line 3 less Line 6 ) | | 33,422.00 |

## CONTRACTOR'S APPLICATION FOR PAYMENT

### Change Order Summary

| | Additions | Deductions |
| --- | --- | --- |
| Total Changes Approved in Previous Months by Owner | | |
| Approved this Month | | |

| Number | Date Approved | | |
| --- | --- | --- | --- |
| 3212 | 12/1/2020 | 3,220.00 | |

| | | |
| --- | --- | --- |
| TOTALS | 3,220.00 | |
| Net Change by Change Orders | 3,220.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information, and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

Contractor:   Little Washington Fabricators, Inc

By: _____    Date: _____

State of: _____ County of: _____
Subscribed and sworn to before me this _____ day of _____
Notary Public: _____
My commission expires: _____

# Continuation Sheet

## AIA DOCUMENT G703

AIA Document G703, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed Certification is attached.
Use Column 1 on Contracts where variable retainage for line items may apply.

Application Number: 7
Application Date: 12/21/2020
Period To: 12/31/2020

Project: ICHC
ICHC #19-073

Architect's Project No:

| A | B | C | D | E | F | G | % (G/C) | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | Work Completed | | Materials Presently Stored (Not in D or E) | Total Completed and Stored to Date (D+E+F) | | Balance to Finish (C-G) | Retainage |
| Item # | Description of Work | Scheduled Value | From Previous Application | This Period | | | | | |
| 1 | Shop Drawings | 20,000.00 | 20,000.00 | 0.00 | 0.00 | 20,000.00 | 100.0 | 0.00 | 2,000.00 |
| 2 | Structural Steel | 196,000.00 | 196,000.00 | 0.00 | 0.00 | 196,000.00 | 100.0 | 0.00 | 19,600.00 |
| 3 | Structural Steel erection | 80,000.00 | 80,000.00 | 0.00 | 0.00 | 80,000.00 | 100.0 | 0.00 | 8,000.00 |
| 4 | Joist & deck | 35,000.00 | 35,000.00 | 0.00 | 0.00 | 35,000.00 | 100.0 | 0.00 | 3,500.00 |
| 3212 | ICHC #19-073 | 3,220.00 | 0.00 | 3,220.00 | 0.00 | 3,220.00 | 100.0 | 0.00 | 322.00 |
| | | 334,220.00 | 331,000.00 | 3,220.00 | 0.00 | 334,220.00 | | 0.00 | 33,422.00 |

# APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702

| | | |
|---|---|---|
| To ( owner ): | Brunswick Builders<br>PO Box 7315<br>East Brunswick, NJ 08816, USA | Project: ICHC<br>ICHC #19-073 |
| From<br>( contractor ): | Little Washington Fabricators, Inc<br>52 Mill Street<br>Christiana, PA 17509, USA | Via<br>( architect ): |

☐ Owner
☐ Architect
☐ Contractor

Application Number: 6
Period To: 11/30/2020
Architect's Project No:
Contract Date: 6/6/2019
Invoice Number: 7786

Application is made for Payment, as shown below, in connection with the contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. Original Contract Sum | | 331,000.00 |
| 2. Net Change by Change Orders | | 0.00 |
| 3. Contract Sum to Date ( Line 1 + 2 ) | | 331,000.00 |
| 4. Total Completed and Stored to Date<br>( Column G on G703 ) | | 331,000.00 |
| 5. Retainage: | | |
| a. 10.00 % of Completed Work<br>( Column D + E on G703 ) | 33,100.00 | |
| b. - % of Stored Material<br>( Column F on G703 ) | 0.00 | |
| Total Retainage ( Line 5a + 5b or Total in Column I of G703 ) | | 33,100.00 |
| 6. Total Earned Less Retainage ( Line 4 less Line 5 ) | | 297,900.00 |
| 7. Less Previous Certificates ( Line 6 Prior Certificate ) | | 294,300.00 |
| **8. Current Payment Due** | | **3,600.00** |
| 9. Balance to Finish, including Retainage ( Line 3 less Line 6 ) | | 33,100.00 |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Change Order Summary

| | Additions | Deductions |
|---|---|---|
| Total Changes Approved in Previous Months by Owner | | |
| Approved this Month | | |

| Number | Date Approved | | |
|---|---|---|---|
| | | | |

| TOTALS | | |
|---|---|---|

Net Change by Change Orders

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information, and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

Contractor:  Little Washington Fabricators, Inc

By: _____  Date: _____

State of: _____  County of: _____
Subscribed and sworn to before me this _____ day of _____
Notary Public: _____
My commission expires: _____

# Continuation Sheet

# AIA DOCUMENT G703

AIA Document G703, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed Certification is attached.
Use Column 1 on Contracts where variable retainage for line items may apply.

Application Number: 6
Application Date: 11/24/2020
Period To: 11/30/2020

Project: ICHC
ICHC #19-073

Architect's Project No:

| A | B | C | D | E | F | G | % (G/C) | Balance to Finish (C-G) | Retainage |
|---|---|---|---|---|---|---|---|---|---|
| | | | Work Completed | | Materials Presently Stored (Not in D or E) | Total Completed and Stored to Date (D+E+F) | | | |
| Item # | Description of Work | Scheduled Value | From Previous Application | This Period | | | | | |
| 1 | Shop Drawings | 20,000.00 | 20,000.00 | 0.00 | 0.00 | 20,000.00 | 100.0 | 0.00 | 2,000.00 |
| 2 | Structural Steel | 196,000.00 | 196,000.00 | 0.00 | 0.00 | 196,000.00 | 100.0 | 0.00 | 19,600.00 |
| 3 | Structural Steel erection | 80,000.00 | 76,000.00 | 4,000.00 | 0.00 | 80,000.00 | 100.0 | 0.00 | 8,000.00 |
| 4 | Joist & deck | 35,000.00 | 35,000.00 | 0.00 | 0.00 | 35,000.00 | 100.0 | 0.00 | 3,500.00 |
| | | 331,000.00 | 327,000.00 | 4,000.00 | 0.00 | 331,000.00 | | | 33,100.00 |

# APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702

| To (owner): | Brunswick Builders<br>PO Box 7315<br>East Brunswick, NJ 08816, USA | Project: | ICHC<br>ICHC #19-073 | | | Application Number: | 5 | ☐ Owner<br>☐ Architect<br>☐ Contractor |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Period To: | 9/30/2020 | |
| From (contractor): | Little Washington Fabricators, Inc<br>52 Mill Street<br>Christiana, PA 17509, USA | Via (architect): | | | | Architect's Project No: | | |
| | | | | | | Contract Date: | 6/6/2019 | |
| | | | | | | Invoice Number: | 7629 | |

Application is made for Payment, as shown below, in connection with the contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
| --- | --- | --- |
| 1. Original Contract Sum | | 331,000.00 |
| 2. Net Change by Change Orders | | 0.00 |
| 3. Contract Sum to Date ( Line 1 + 2 ) | | 331,000.00 |
| 4. Total Completed and Stored to Date<br>( Column G on G703 ) | | 327,000.00 |
| 5. Retainage: | | |
| a. 10.00 % of Completed Work<br>( Column D + E on G703 ) | 32,700.00 | |
| b. - % of Stored Material<br>( Column F on G703 ) | 0.00 | |
| Total Retainage ( Line 5a + 5b or Total in Column I of G703 ) | | 32,700.00 |
| 6. Total Earned Less Retainage ( Line 4 less Line 5 ) | | 294,300.00 |
| 7. Less Previous Certificates ( Line 6 Prior Certificate ) | | 225,900.00 |
| **8. Current Payment Due** | | **68,400.00** |
| 9. Balance to Finish, including Retainage ( Line 3 less Line 6 ) | | 36,700.00 |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Change Order Summary

| | Additions | Deductions |
| --- | --- | --- |
| Total Changes Approved in Previous Months by Owner | | |
| Approved this Month | | |

| Number | Date Approved | | |
| --- | --- | --- | --- |
| | | | |

| TOTALS | | |
| --- | --- | --- |

Net Change by Change Orders

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information, and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

Contractor:   Little Washington Fabricators, Inc

By: _____   Date: _____

State of: _____   County of: _____
Subscribed and sworn to before me this ____ day of ____
Notary Public: _____
My commission expires: _____

# Continuation Sheet

## AIA DOCUMENT G703

AIA Document G703, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed Certification is attached.
Use Column 1 on Contracts where variable retainage for line items may apply.

Application Number: 5
Application Date: 9/22/2020
Period To: 9/30/2020

Project: ICHC
ICHC #19-073

Architect's Project No:

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| Item # | Description of Work | Scheduled Value | Work Completed From Previous Application | Work Completed This Period | Materials Presently Stored (Not in D or E) | Total Completed and Stored to Date (D+E+F) | % (G/C) | Balance to Finish (C-G) | Retainage |
| 1 | Shop Drawings | 20,000.00 | 20,000.00 | 0.00 | 0.00 | 20,000.00 | 100.0 | 0.00 | 2,000.00 |
| 2 | Structural Steel | 196,000.00 | 196,000.00 | 0.00 | 0.00 | 196,000.00 | 100.0 | 0.00 | 19,600.00 |
| 3 | Structural Steel erection | 80,000.00 | 0.00 | 76,000.00 | 0.00 | 76,000.00 | 95.0 | 4,000.00 | 7,600.00 |
| 4 | Joist & deck | 35,000.00 | 35,000.00 | 0.00 | 0.00 | 35,000.00 | 100.0 | 0.00 | 3,500.00 |
|  |  | 331,000.00 | 251,000.00 | 76,000.00 | 0.00 | 327,000.00 | 98.8 | 4,000.00 | 32,700.00 |