**Parkview Builders - 306 Rodney St**  #20-080

| Invoice # | Original Amt | Invoiced Amt | Invoice Date | Paid Amount | Paid On | Check # | Notes |
|---|---|---|---|---|---|---|---|
| 7589 | $1,050,000.00 | $94,500.00 | 8/27/2020 | $94,500.00 | 9/5/2020 | 1178 | David Cronheim |
| 7626 | | $242,550.00 | 9/17/2020 | $242,550.00 | 10/4/2020 | 1186 | David Cronheim |
| 8330 | | $121,072.50 | 7/29/2021 | | | | |
| 8331 | | $110,880.00 | 7/29/2021 | | | | |
| | | | | | | | |
| CO's Amt | $0.00 | | | | | | |
| Total Owed | $1,050,000.00 | | | | | | |
| | | $569,002.50 | Total Invoiced | | | | |
| | | | Total Paid | $337,050.00 | | | |
| | | | Job Balance | $712,950.00 | | | |
| Retainage % | 0.1 | | Invoiced Balance | **$231,952.50** | | | |

# EXHIBIT B

# APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702*

**To (owner):** Parkview Builders, USA

**Project:** 306ROD
306 Rodney Street #20-080

☐ Owner
☐ Architect
☐ Contractor

**From (contractor):** Little Washington Fabricators, Inc
52 Mill Street
Christiana, PA 17509, USA

**Via (architect):**

**Application Number:** 4
**Period To:** 7/29/2021
**Architect's Project No:**
**Contract Date:** 8/17/2020
**Invoice Number:** 8331

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the contract.
Continuation Sheet, AIA Document G703, is attached.

| | |
|---|---:|
| 1. Original Contract Sum | 1,050,000.00 |
| 2. Net Change by Change Orders | 0.00 |
| 3. Contract Sum to Date (Line 1 + 2) | 1,050,000.00 |
| 4. Total Completed and Stored to Date (Column G on G703) | 631,125.00 |
| 5. Retainage: | |
|    a. 10.00 % of Completed Work (Column D + E on G703) | 62,122.50 |
|    b. - % of Stored Material (Column F on G703) | 0.00 |
|    Total Retainage (Line 5a + 5b or Total in Column I of G703) | 62,122.50 |
| 6. Total Earned Less Retainage (Line 4 less Line 5) | 569,002.50 |
| 7. Less Previous Certificates (Line 6 Prior Certificate) | 458,122.50 |
| **8. Current Payment Due** | **110,880.00** |
| 9. Balance to Finish, including Retainage (Line 3 less Line 6) | 480,997.50 |

### Change Order Summary

| | Additions | Deductions |
|---|---|---|
| Total Changes Approved in Previous Months by Owner | | |
| Approved this Month | | |

| Number | Date Approved | | |
|---|---|---|---|
| | | | |

| TOTALS | | |
|---|---|---|

Net Change by Change Orders

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information, and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

Contractor: Little Washington Fabricators, Inc

By: _____ Date: _____

State of: _____ County of: _____
Subscribed and sworn to before me this _____ day of _____, _____
Notary Public: _____
My commission expires: _____

# Continuation Sheet

## AIA DOCUMENT G703

AIA Document G703, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed Certification is attached.
Use Column 1 on Contracts where variable retainage for line items may apply.

Project  306ROD
         306 Rodney Street #20-080

Application Number: 4
Application Date: 7/29/2021
Period To: 7/29/2021
Architect's Project No:

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| Item # | Description of Work | Scheduled Value | Work Completed From Previous Application | Work Completed This Period | Materials Presently Stored (Not in D or E) | Total Completed and Stored to Date (D+E+F) | % (G/C) | Balance to Finish (C-G) | Retainage |
| 1 | Shop Drawings | 28,875.00 | 28,875.00 | 0.00 | 0.00 | 28,875.00 | 100.0 | 0.00 | 2,887.50 |
| 2 | Shop Labor | 127,875.00 | 99,425.00 | 28,450.00 | 0.00 | 127,875.00 | 100.0 | 0.00 | 12,787.50 |
| 3 | Structural Material | 330,000.00 | 303,125.00 | 26,875.00 | 0.00 | 330,000.00 | 100.0 | 0.00 | 33,000.00 |
| 4 | Decking | 53,625.00 | 19,500.00 | 34,125.00 | 0.00 | 53,625.00 | 100.0 | 0.00 | 5,362.50 |
| 5 | Structural Erection | 155,100.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 155,100.00 | 0.00 |
| 6 | Misc Metals | 57,750.00 | 35,000.00 | 22,750.00 | 0.00 | 57,750.00 | 100.0 | 0.00 | 5,775.00 |
| 7 | Install Deck & Studs | 20,625.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 20,625.00 | 0.00 |
| 8 | Install Truss & Slates | 49,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 49,500.00 | 0.00 |
| 9 | Install Stairs & Rails | 33,000.00 | 23,100.00 | 0.00 | 9,900.00 | 33,000.00 | 100.0 | 0.00 | 2,310.00 |
| 10 | Install Channels | 9,900.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 9,900.00 | 0.00 |
| 11 | Punch List & sign off complete | 183,750.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 183,750.00 | 0.00 |
| | | 1,050,000.00 | 509,025.00 | 112,200.00 | 9,900.00 | 631,125.00 | 60.1 | 418,875.00 | 62,122.50 |

**APPLICATION AND CERTIFICATION FOR PAYMENT**  *AIA DOCUMENT G702*

| | |
|---|---|
| To (owner): Parkview Builders, USA | Project: 306ROD — 306 Rodney Street #20-080 |
| From (contractor): Little Washington Fabricators, Inc — 52 Mill Street — Christiana, PA 17509, USA | Via (architect): |

| | |
|---|---|
| Application Number: | 3 |
| Period To: | 7/29/2021 |
| Architect's Project No: | |
| Contract Date: | 8/17/2020 |
| Invoice Number: | 8330 |

☐ Owner ☐ Architect ☐ Contractor ☐

**CONTRACTOR'S APPLICATION FOR PAYMENT**

Application is made for Payment, as shown below, in connection with the contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. Original Contract Sum | | 1,050,000.00 |
| 2. Net Change by Change Orders | | 0.00 |
| 3. Contract Sum to Date (Line 1 + 2) | | 1,050,000.00 |
| 4. Total Completed and Stored to Date (Column G on G703) | | 509,025.00 |
| 5. Retainage: | | |
| a. 10.00 % of Completed Work (Column D + E on G703) | 50,902.50 | |
| b. - % of Stored Material (Column F on G703) | 0.00 | |
| Total Retainage (Line 5a + 5b or Total in Column I of G703) | | 50,902.50 |
| 6. Total Earned Less Retainage (Line 4 less Line 5) | | 458,122.50 |
| 7. Less Previous Certificates (Line 6 Prior Certificate) | | 337,050.00 |
| **8. Current Payment Due** | | **121,072.50** |
| 9. Balance to Finish, including Retainage (Line 3 less Line 6) | | 591,877.50 |

**Change Order Summary**

| | Additions | Deductions |
|---|---|---|
| Total Changes Approved in Previous Months by Owner | | |
| Approved this Month | | |

| Number | Date Approved | | |
|---|---|---|---|
| | | | |

| TOTALS | | |
|---|---|---|

Net Change by Change Orders

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information, and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid to the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

Contractor:   Little Washington Fabricators, Inc

By: _____   Date: _____

State of: _____   County of: _____
Subscribed and sworn to before me this _____ day of _____, _____
Notary Public: _____
My commission expires: _____

# Continuation Sheet

## AIA DOCUMENT G703

AIA Document G703, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed Certification is attached.
Use Column 1 on Contracts where variable retainage for line items may apply.

Project   306ROD
          306 Rodney Street #20-080

Application Number: 3
Application Date: 7/29/2021
Period To: 7/29/2021
Architect's Project No:

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | Work Completed | | Materials Presently Stored (Not in D or E) | Total Completed and Stored to Date (D+E+F) | Balance to Finish (C-G) | Retainage |
| Item # | Description of Work | Scheduled Value | From Previous Application | This Period | | | % (G/C) | |
| 1 | Shop Drawings | 28,875.00 | 28,875.00 | 0.00 | 0.00 | 28,875.00 | 100.0 | 0.00 | 2,887.50 |
| 2 | Shop Labor | 127,875.00 | 85,000.00 | 14,425.00 | 0.00 | 99,425.00 | 77.8 | 28,450.00 | 9,942.50 |
| 3 | Structural Material | 330,000.00 | 206,125.00 | 97,000.00 | 0.00 | 303,125.00 | 91.9 | 26,875.00 | 30,312.50 |
| 4 | Decking | 53,625.00 | 19,500.00 | 0.00 | 0.00 | 19,500.00 | 36.4 | 34,125.00 | 1,950.00 |
| 5 | Structural Erection | 155,100.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 155,100.00 | 0.00 |
| 6 | Misc Metals | 57,750.00 | 35,000.00 | 0.00 | 0.00 | 35,000.00 | 60.6 | 22,750.00 | 3,500.00 |
| 7 | Install Deck & Studs | 20,625.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 20,625.00 | 0.00 |
| 8 | Install Truss & Slates | 49,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 49,500.00 | 0.00 |
| 9 | Install Stairs & Rails | 33,000.00 | 0.00 | 23,100.00 | 0.00 | 23,100.00 | 70.0 | 9,900.00 | 2,310.00 |
| 10 | Install Channels | 9,900.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 9,900.00 | 0.00 |
| 11 | Punch List & sign off complete | 183,750.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 183,750.00 | 0.00 |
| | | 1,050,000.00 | 374,500.00 | 134,525.00 | 0.00 | 509,025.00 | 48.5 | 540,975.00 | 50,902.50 |