UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| LITTLE WASHINGTON FABRICATORS, | : |
| INC., | : BANKRUPTCY NO. 22-10695 (PMM) |
| DEBTOR. | : |
| | : |

## ORDER APPROVING DEBTOR'S SECOND OMNIBUS MOTION
## TO REJECT CERTAIN EXECUTORY CONTRACTS

AND NOW, on this 24th day of May, 2022, upon consideration of the first omnibus motion of Little Washington Fabricators, Inc., (the "Debtor") for authority to reject certain executory contracts, and all ancillary contracts related thereto, pursuant to 11 U.S.C. §§ 105 and 365 and Federal Rules of Bankruptcy Procedure 6004(h) and 6006(a) and (f)(the "Motion"); and upon consideration of the Motion and all pleadings related thereto; and notice of the Motion having been due and sufficient under the circumstances; and upon the record herein; and it appearing that the relief requested in the Motion is in the best interest of the Debtor, its estate and its creditors, and an appropriate exercise of the Debtor's business judgment; after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Motion is **GRANTED**.

2. Pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the contracts listed below, and any ancillary contracts related thereto, are hereby rejected by the Debtor and its estate, with such rejection being effective upon the filing of the Motion.

| Contract Number | Job Name | Contract location | General Contractor |
|---|---|---|---|
| 21-065 | The Commodore | 100 Northampton Street Exton, PA 18042 | H.C. Pody 946 Simons Avenue Bensalem, PA 19020 |
| 21-085 | Landis Place on King | 237-245 W. King Street Lancaster, PA 17603 | High Construction Company 1853 William Penn Way Lancaster, PA 17601 |
| 21-069 | Odin Pharmaceuticals | 300 Franklin Square Drive Somerset, NJ 08873 | Pelican Construction, Inc. 370 Campus Drive Suite 104B Somerset, NJ 08873 |

3. Bankruptcy Rule 6004(h) is waived and this Order is immediately effective and enforceable.

4. The requirements of Bankruptcy Rule 6006 are satisfied.

5. Any rejection damage claims must be filed by the bar date, **June 22, 2022**.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

BY THE COURT

*Patricia M. Mayer*

**Date: May 24, 2022**

THE HONORABLE PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE