IN THE UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | CHAPTER 11 |
| LITTLE WASHINGTON FABRICATORS, INC., | : | |
| | : | |
| Debtor. | : | Case No. 22-10695 (PMM) |

## ORDER APPROVING STIPULATION REGARDING JOINT CHECK ARRANGEMENT ON REJECTED EXECUTORY CONTRACT

AND NOW, upon consideration of the Joint Motion for Approval of Stipulation Regarding Joint Check Agreement On Rejected Executory Contract (the "Joint Motion"), which was filed by Stewart & Tate Construction and the Debtor on June 2, 2022, it is hereby ORDERED and DECREED that:

1. The Stipulation (as defined in the Joint Motion) is approved and adopted as an Order of this Court.

2. The Debtor may sign any joint checks under the Contract (as defined in the Stipulation).

3. Any signature of the Debtor on the joint checks will not cause any reinstatement of the Contract whatsoever.

It is so ordered.

BY THE COURT:

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge

23980244v1