UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

LITTLE WASHINGTON FABRICATORS, INC.,

DEBTOR.

: CHAPTER 11
:
: BANKRUPTCY NO. 22- 10695(PMM)

## ORDER

AND NOW, this _____ day of _____, 2022 upon consideration of the Motion of the Debtor to Extend Time to Assume or Reject Non-Residential Real Property Lease (the "Motion"); and upon consideration of the Motion and all pleadings related thereto; and notice of the Motion having been due and sufficient under the circumstances; and upon the record herein; and it appearing that the relief requested in the Motion is in the best interest of the Debtor, its estate and its creditors, and an appropriate exercise of the Debtor's business judgment; after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED that**

1. The Motion is **GRANTED**.
2. Pursuant to 11 U.S.C. § 365(d)(4)(B), the Debtor shall be granted an extension of time within which to assume or reject its non-residential real property lease from **July 20, 2022 to October 20, 2022**.
3. The Debtor reserves the right to seek a further extension of time beyond the **October 20, 2022** deadline and the Landlord reserves the right to object to any further extension beyond the **October 20, 2022** deadline.

BY THE COURT

_____
THE HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE