# Exhibit "D"

## EXHIBIT "D"- ASSUMED CONTRACTS

| Company | Contract (s) |
|---|---|
| A.E. Harth, Inc.<br>One Mill Race<br>Spring House, PA  19477 | Allan Myers Steel Stairs |
| Berks Ridge Company Enterprises, Inc.<br>316 Ruth Road<br>Harleysville, PA  19438 | Arbour Square Cinnaminson |
| C.E. Gleeson Constructors, Inc.<br>984 Livernois Road<br>Troy, MI  48083 | LA Fitness Boynee<br><br>LA Fitness Perry Hall, MD |
| CVMNEXT Construction<br>1002 West 9th Avenue<br>King of Prussia, PA 19406 | UPS Station - Stanton |
| DOCEO Office Solutions<br>1499 S. Queen Street<br>York, PA  17403 | Copier printer service |
| Holland Construction Corporation<br>751 Fredrick Street<br>Hanover, PA  17331 | SB&D Façade<br><br>Ring Container New Office |
| Irwin & Leighton, Inc.<br>1014 West 9th Avenue<br>King of Prussia, PA  19406 | Parker @McCarrick Phase 2<br><br>Lidl KOP |
| Level Up Development, LLC<br>2232 Frankford Avenue<br>Philadelphia, PA  19125 | National Metal Crafters |
| Lynmar Builders<br>261 Harvard Avenue<br>Westville, NJ  08093 | Giant Richboro<br><br>Shoprite Glassboro |
| Mill Street Real Estate, LLC<br>150 Culbertson Run Road<br>Downingtown, PA  19335 | 52 Mill Street<br>Christiana, PA |
| National Veteran Contractors, LLC<br>1A Blueridge Avenue<br>Dunellen, NJ  08812 | Amity, New Jersey |

| Company | Contract (s) |
|---|---|
| North Star Construction Management, Inc.<br>645 Hamilton Street, Suite 28<br>Allentown, PA  18101 | 601 Lancaster Project Berwyn |
| Pelco Builders, Inc.<br>699 West Glenrose Road<br>Coatesville, PA  19320 | N. Liberty Triangle, Building 13 |
| Poole Anderson Construction, LLC<br>2121 Old Gatesburg Road, Suite 200<br>State College, PA  16803 | U Hall Self Storage<br>Macungie |